No.

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| PATRICK SCOTT BAKER, JERRY BAKER, LOIS BAKER, ESTATE OF DAVID BAKER, CRAIG BAKER (individually and as the personal representative of the Estate of David Baker), STACIE BAKER, SCARLETT ROGENKAMP, ESTATE OF HETTY E. PETERSON, PATRICIA A. HENRY (individually and as the substitute executrix and successor in interest of the Estate of Scarlett Rogenkamp and as the executrix of the Estate of Hetty E. Peterson), ESTATE OF VERNON W. PETERSON, VALERIE PETERSON (sued as executor of the Estate of Vernon W. Peterson), KATHARINE D. DORIS, PAUL G. PETERSON, MICHELLE Y. HOLBROOK, JACKIE NINK PFLUG, RYLMA NINK, EUGENE NINK, GLORIA NINK, MARY NINK AND SCOTT PFLUG,<br>Intervenors-Appellants,<br><br>v.<br><br>FRANCIS GATES, Individually and as Administrator of the Estate of Olin Eugene "Jack" Armstrong, PATI HENSLEY, SARA HENSLEY, and JAN SMITH,<br>Plaintiffs-Appellees. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>Case No 11-cv- 08715<br><br>Judge Virginia M. Kendall<br>Courtroom 2319 |

## APPELLANTS' DOCKETING STATEMENT

Intervenors-Appellants Patrick Scott Baker, Jerry Baker, Lois Baker, Estate of David Baker, Craig Baker (individually and as the personal representative of the Estate of David Baker), Stacie Baker, Scarlett Rogenkamp, Estate of Hetty E. Peterson, Patricia A. Henry (individually and as the substitute executrix and successor in interest of the Estate of Scarlett Rogenkamp and as the executrix of the Estate of Hetty E. Peterson), Estate of Vernon W. Peterson, Valerie Peterson (sued

as executor of the Estate of Vernon W. Peterson), Katharine D. Doris, Paul G. Peterson, Michelle Y. Holbrook, Jackie Nink Pflug, Rylma Nink, Eugene Nink, Gloria Nink, Mary Nink, and Scott Pflug (the "Baker Intervenors"), by and through their attorneys, respectfully submit the following docketing statement in accordance with Circuit Rules 3(c)(1) and 28(a) of the United States Court of Appeals for the Seventh Circuit. This statement is connected with Appellant's appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's May 13, 2013 Judgment and Turnover Order Directing Turnover of Funds to Plaintiffs and Full Discharge of Citation Respondents AT&T Corp. and AT&T Services, Inc. and Partial Discharge of Citation Respondent JPMorgan Chase Bank, N.A.

**Jurisdiction of the District Court:**

The district court's jurisdiction was based on 28 U.S.C. § 1601 *et seq.*

**Jurisdiction of the Court of Appeals for the Seventh Circuit:**

This court has jurisdiction over this appeal under 28 U.S.C. § 1291. The lower court entered final judgment on May 13, 2013, which was entered on the clerk's docket on May 17, 2013.

**Date of Order Being Appealed:**

This appeal is from the final judgment and turnover order entered on the Clerk's docket on May 17, 2013. There are no post-judgment motions on file that would toll the time in which to file a Notice of Appeal.

**Prior Related Appellate Proceedings:**

The Seventh Circuit previously denied the Baker Intervenors' Petition for Leave to Appeal Pursuant to 28 U.S.C. Sec. 1292(b) in *Patrick Scott Baker, et al. v. Francis Gates et al.*, (Appeal of Baker Intervenors), Case No.: 12-8008.

**Counsel of Record:**

Counsel of Record for Appellant in this appeal is:

Michael Dockterman
EDWARDS WILDMAN PALMER LLP
225 W. Wacker Dr., Ste. 2800
Chicago, IL 60606
(312) 201-2000

**Notice of Appeal:**

The Baker Intervenors timely filed their Notice of Appeal on June 11, 2013.

June 11, 2013

        Respectfully submitted,

        **PATRICK SCOTT BAKER, ET AL.**

        By:   /s/  Elizabeth A. Peters
             One of Their Attorneys

Michael Dockterman
mdockterman@edwardswildman.com
Elizabeth A. Peters
epeters@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
225 W. Wacker Dr., Ste. 2800
Chicago, IL 60606
(312) 201-2000

*Of counsel:*
Richard D. Heideman
rdheideman@hnklaw.com
Noel J. Nudelman
njnudelman@hnklaw.com
Tracy Reichman Kalik
trkalik@hnklaw.com
HEIDEMAN NUDELMAN KALIK, P.C.
1146 19th Street, NW, 5th Floor
Washington, D.C. 20036
(202) 463-1818

## CERTIFICATE OF SERVICE

Elizabeth A. Peters, an attorney, hereby certifies that on June 11, 2013 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, and was thereby served by e-mail notification upon all parties of record, including the following:

Elizabeth D. Sharp, P.C.
The Law Offices of Elizabeth D. Sharp, P.C.
200 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 346-1726
lsharp@sharp-law.com

John F. Salter
The Barnes Law Group, LLC
31 Atlanta St.
Marietta, GA 30060
(770) 227-6375
john@barneslawgroup.com

Edward J. Lesniak
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, IL 60611
(312) 840-7000
elesniak@burkelaw.com

Mark W. Lewis
AT&T Services, Inc.
225 W. Randolph St., 25th Floor
Chicago, IL 60606
(312) 727-2345
mark.w.lewis@att.com

Elizabeth A. Peters, an attorney, further certifies that on June 11, 2013 a true and correct copy of the foregoing document was also served by e-mail upon the following:

Office of Foreign Asset Control
c/o Tamra T. Moore
Federal Programs Branch
U.S. Department of Justice
Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tamra.Moore@usdoj.gov

                                          /s/ Elizabeth A. Peters