

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
**CLERK**

312-435-5670

July 1, 2013

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: *Gates -v- Syrian Arab Republic*

U.S.D.C. DOCKET NO. *: 11 cv 8715*

U.S.C.A. DOCKET NO. : *13-2280*

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF *ELECTRONIC* PLEADING(S)          9

VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

      *VAULT ITEMS:*                    *1 Flash Drive*

      *OTHER (SPECIFY):*              *5 Vault Items (hard copies)*

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: D. Jordan
    Deputy Clerk

   **I, THOMAS G. BRUTON, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

   *9 Volumes of Pleadings*
   *5 Vault Items (Hard Copies)*
   *1 Flash Drive (Vault Items)*

In the cause entitled: ***Gates -v- Syrian Arab Republic***.

USDC NO.      : *11 cv 8715*

USCA NO.      : *13-2280*

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 1st day of July 2013.

THOMAS G. BRUTON, CLERK

By: */s/ D. Jordan, Deputy Clerk*

# United States District Court

## Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois  60604

I, THOMAS G. BRUTON, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled:

USDC No.: 11 cv 8715

USCA No.: 13-2280

| FILED DATE | ITEM NO. | DESCRIPTION |
|------------|----------|-------------|
| 12/8/11 | 6 | VAULT ITEM |
| 12/12/11 | 8 | VAULT ITEM |
| 12/20/11 | 9 | VAULT ITEM |
| 4/26/13 | 157 | VAULT ITEM |
| 5/13/13 | 161 | VAULT ITEM |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 1st day of July 2013.

THOMAS G. BRUTON, CLERK

By:/s/  D. Jordan, Deputy Clerk

APPEAL,PROTO

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 5.1.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-08715
## Internal Use Only

**Plaintiff**

**Francis Gates**
*Individually, and as Administrator of*
*the Estate*
*estate of*
Olin Eugene "Ja Armstrong

represented by **Elizabeth D. Sharp**
Law Offices of Elizabeth D. Sharp,
P.C.
200 S. Wacker Drive
2300
Chicago, IL 60606
(312) 346-1726
Fax: (312) 346-2069
Email: lsharp@sharp-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Salter**
The Barnes Law Group, Llc
31 Atlanta St.
Marietta, GA 30060
(770) 227-6375
Email: john@barneslawgroup.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy E Barnes**
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
(770) 419-8505
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pati Hensely**

represented by **Elizabeth D. Sharp**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Salter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy E Barnes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara Hensley**                    represented by **Elizabeth D. Sharp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Salter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy E Barnes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan Smith**                    represented by **Elizabeth D. Sharp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Salter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy E Barnes**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JPMorgan Chase Bank, N.A.**     represented by **Edward J. Lesniak**
Burke, Warren, MacKay & Serritella,
P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611-3607
(312) 840-7000
Email: elesniak@burkelaw.com
*ATTORNEY TO BE NOTICED*

**Roy E Barnes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Syrian Arab Republic**
*Minister of Foreign Affairs, Syrian*
*Foreign Ministry*

**Defendant**

**Syrian Military Intelligence**

**Defendant**

**Bashar AL-Asad**
*President*

**Defendant**

**Asif Shawkat**
*General*

V.

**Respondent**
**AT&T Corp.**                          represented by **Mark W. Lewis**
                                        Legal Department--AT&T Services, Inc.
                                        225 West Randolph Street
                                        25th Floor
                                        Chicago, IL 60606
                                        (312) 727-2345
                                        Fax: (312) 629-5244
                                        Email: mark.w.lewis@att.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Respondent**
**AT&T Services Inc.**                  represented by **Mark W. Lewis**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Respondent**
**JPMorgan Chase Bank, N.A.**           represented by **James Kelley Nevling , Jr.**
                                        Levi Lubarsky & Feigenbaum Llp
                                        1185 Av Of The Americas
                                        17th Floor
                                        New York, NY 10036
                                        (212) 308-6100
                                        Email: knevling@llf-law.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Intervenor**
**Patrick Scott Baker**                 represented by **Michael R. Dockterman**
                                        Edwards Wildman Palmer LLP
                                        225 West Wacker Drive
                                        Suite 3000
                                        Chicago, IL 60606-1229
                                        (312) 201-2000

Email: mdockterman@edwardswildman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
Edwards Wildman Palmer LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606-1229
312 201 2644
Email: epeters@edwardswildman.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Jerry Baker**                              represented by **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Lois Baker**                               represented by **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Craig Baker**                              represented by **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**
**Stacie Baker**                    represented by **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**
**Patricia A Henry**                represented by **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**
**Valerie Peterson**                represented by **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**
**Katharine D Doris**               represented by **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**
**Paul G Peterson**                    represented by **Michael R. Dockterman**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Elizabeth A. Peters**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Intervenor**
**Michelle Y Holbrook**                represented by **Michael R. Dockterman**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Elizabeth A. Peters**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Intervenor**
**Jackie Nink Pflug**                  represented by **Michael R. Dockterman**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Elizabeth A. Peters**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Intervenor**
**Rylma Nink**                         represented by **Michael R. Dockterman**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Elizabeth A. Peters**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**
**Eugene Nink**                    represented by **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John F. Salter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**
**Gloria Nink**                    represented by **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**
**Mary Nink**                      represented by **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**
**Scott Pflug**                    represented by **Michael R. Dockterman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2011 | 1 | REGISTRATION of Foreign Judgment by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith from United States District Court of the District of Columbia, Case Number 06 CV 01500 (RMC); Judgment for Francis Gates, Individually and as Administrator of the Estate of Olin Eugene "Jack" Armstrong, Pati Hensely, Sara Hensley and Jan Smith and against Syrian Arab Republic in the amount of $1,051,377.00 - Economic Damages to the Estate of Jack Armstrong; $50,000,000.00 - Pain and Suffering to the Estate of Jack Armstrong; $150,000,000.00 - Punitive Damages to the Estate of Jack Armstrong; $3,000,000.00 - Solatium to Francis Gates; $1,500,000.00 - Solatium to Jan Smith; $1,358,210.00 - Economic Damages to the Estate of Jack Hensley; $50,000,000.00 - Pain and Suffering to the Estate of Jack Hensley; $150,000,000.00 - Punitive Damages to the Estate of Jack Hensley; $3,000,000.00 - Solatium to Pati Hensley; $3,000,000.00 - Salatium to Sara Hensley entered on 8/26/08. Filing fee $ 46. (smm) (Entered: 12/09/2011) |
| 12/08/2011 | 2 | CIVIL Cover Sheet. (smm) (Entered: 12/09/2011) |
| 12/08/2011 | 3 | ~~ATTORNEY Appearance for Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith by Elizabeth D. Sharp. (smm) (Entered: 12/09/2011)~~ |
| 12/08/2011 | 4 | ~~EX PARTE EMERGENCY MOTI~~ON by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to file citation to discover assets and all related documents under seal (Exhibits). (smm) Modified on 3/2/2012 (meg, ). (Entered: 12/09/2011) |
| 12/08/2011 | 5 | MINUTE entry before Honorable George W. Lindberg:Ex parte emergency motion by plaintiffs, Francis Gates, Individually and as Administrator of the Estate of Olin Eugene "Jack" Armstrong, Pati Hensley, and Jan Smith, to file Citation to Discover Assets and all related documents under seal is granted. The citation to discover assets and related documents are ordered sealed until further order of the Court.Mailed notice (smm) (Entered: 12/09/2011) |
| 12/08/2011 S/C | 6 | SEALED DOCUMENT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith. (RESTRICTED) (smm) (Entered: 12/09/2011) |

| | | |
|---|---|---|
| 12/08/2011 | "TYPE=PICT;ALT=LOCK "7 | (Court only) RECEIPT regarding payment of filing fee paid on 12/8/2011 in the amount of $46.00, receipt number 4624071245. (smm) (Entered: 12/09/2011) |
| 12/08/2011 | "TYPE=PICT;ALT=LOCK | (Court only) ***Miscellaneous Case Terminated. (lcw, ) (Entered: 12/27/2011) |
| 12/12/2011 S/C | 8 | SEALED DOCUMENT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith (RESTRICTED). (smm) (Entered: 12/13/2011) |
| 12/20/2011 S/C | 9 | SEALED DOCUMENT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith (RESTRICTED). (smm) (Entered: 12/22/2011) |
| 01/05/2012 | 10 | ATTORNEY Appearance for Plaintiff JPMorgan Chase Bank, N.A. by Edward J. Lesniak (Lesniak, Edward) (Entered: 01/05/2012) |
| 01/06/2012 Flash Drive | 11 | SEALED MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *and Third party Citation Respondent for entry of Joint Stipulated Protective Order* (Attachments: # 1 Text of Proposed Order Parties' Joint Stipulated Protective Order)(Sharp, Elizabeth) (Entered: 01/06/2012) |
| 01/06/2012 | 12 | NOTICE of Motion by Elizabeth D. Sharp for presentment of Sealed motion, 11 before Honorable George W. Lindberg on 1/18/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 01/06/2012) |
| 01/09/2012 | 13 | MINUTE entry before Honorable George W. Lindberg: Joint Motion by plaintiffs and third-party respondent to citation to discover assets for entry of protective order 11 is denied without prejudice. As an initial matter, the instant motion should not have been filed as a restricted document in its entirety. A substantial portion of the instant motion does not constitute confidential or proprietary information. Plaintiffs are ordered to refile the instant motion as an unrestricted document. To the extent plaintiffs believe this motion contains confidential or proprietary information, they may redact that confidential or proprietary terms and file a redacted version of the motion on the public docket, and file an unredacted version as a restricted document. The same criteria applies to the proposed protective order. Any order this Court signs will become part of the public docket, in its entirety, unless plaintiffs specify specific terms of the order that they believe should be sealed. The protective order must also be signed by the parties prior to a request that it be entered by the Court. No appearance required on 1/18/2012 at 10:00 a.m. Mailed notice (meg, ) (Entered: 01/09/2012) |

| | | |
|---|---|---|
| 01/12/2012 | 14 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for protective order *and Third party Citation Respondent for entry of Joint Stipulated Protective Order* (Attachments: # 1 Text of Proposed Order Parties' Joint Stipulated Protective Order)(Sharp, Elizabeth) (Entered: 01/12/2012) |
| 01/12/2012 | 15 | *Joint Plaintiffs' and Third Party Citation Respondent's* NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for protective order, 14 before Honorable George W. Lindberg on 1/18/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 01/12/2012) |
| 01/13/2012 | 16 | MINUTE entry before Honorable George W. Lindberg: Parties' joint motion for stipulated protective order 14 is granted. Enter Joint Stipulated Protective Order. No court appearance is required on 1/18/2012. (For Further Details See Separate Order). Mailed notice (meg, ) (Entered: 01/13/2012) |
| 01/13/2012 | 17 | JOINT STIPULATED PROTECTIVE Order. Signed by the Honorable George W. Lindberg on 1/13/2012. Mailed notice(meg, ) (Entered: 01/13/2012) |
| 01/17/2012 | 18 | RESPONSE by Plaintiff JPMorgan Chase Bank, N.A. to sealed document 6 (Lesniak, Edward) (Entered: 01/17/2012) |
| 02/06/2012 | 19 | ~~DOCUMENT ENTERED IN ERROR.(Sharp, Elizabeth) (MAIN DOCUMENT) (meg, ). Text Modified by Clerk's Office on 2/7/2012 (meg, ). (Entered: 02/06/2012)~~ |
| 02/06/2012 | 20 | ~~*Plaintiffs'* NOTICE of Motion by Elizabeth D. Sharp for presentment of plaintiff's motion for turnover of assets, 22 before Honorable George W. Lindberg on 2/15/2012 at 10:00 AM. (Sharp, Elizabeth) Text Modified by Clerk's Office on 2/7/2012 (meg, ). (Entered: 02/06/2012)~~ |
| 02/07/2012 | 21 | ~~NOTICE of Correction regarding SEALED MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, JPMorgan Chase Bank, N.A., Jan Smith 19 (meg, ) (Entered: 02/07/2012)~~ |
| 02/07/2012 | 22 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan SmithMotion for Turnover of Assets by Third-Party Citation Respondent (Attachments: # 1 Exhibit Ex. 1 Order, # 2 Exhibit Ex. 6 Case)(Sharp, Elizabeth) (Entered: 02/07/2012) |
| 02/07/2012 Flash Drive | 23 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Confidential Exhibits 2, 3, 4 and 5* regarding MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan SmithMotion for Turnover of Assets by Third-Party Citation Respondent 22 (Attachments: # 1 Affidavit Ex 2- Affidavit and Ex. A, # 2 Exhibit Ex. 3- Confidential documents, # 3 Affidavit Ex 4-Affidavit, # 4 Exhibit Ex. 5- part 1, # 5 Exhibit Ex 5- part 2, # 6 Exhibit Ex 5- part 3, # 7 Exhibit Ex 5- part 4)(Sharp, Elizabeth) (Entered: 02/07/2012) |

| | | |
|---|---|---|
| 02/09/2012 | 24 | MINUTE entry before Honorable George W. Lindberg: Motion Hearing regarding plaintiffs' motion for turnover of assets 22 set for 2/15/2012 is stricken and reset to 2/16/2012 at 10:00 a.m. Mailed notice (meg, ) (Entered: 02/09/2012) |
| 02/10/2012 | 26 | MINUTE entry before Honorable George W. Lindberg: Plaintiffs' counsel is ordered to serve Defendant Syrian Arab Republic's attorney of record in the D.C. case with a copy of the initial motion for turnover of assets 22 as well as notice of the 2/16/2012 hearing date. Mailed notice (meg, ) (Entered: 02/10/2012) |
| 02/10/2012 | 27 | CERTIFICATE certificat of service *on Counsel for Syrian Arab Republic in Case no. 06-CV-01500, Dist.of Columbia* (Sharp, Elizabeth) (Entered: 02/10/2012) |
| 02/13/2012 | 28 | ATTORNEY Appearance for Intervenor Parties Patrick Scott Baker, Jerry Baker, Lois Baker, Craig Baker, Stacie Baker, Patricia A Henry, Valerie Peterson, Katharine D Doris, Paul G Peterson, Michelle Y Holbrook, Jackie Nink Pflug, Rylma Nink, Eugene Nink, Gloria Nink, Mary Nink, Scott Pflug by Elizabeth A. Peters (Peters, Elizabeth) (Entered: 02/13/2012) |
| 02/13/2012 | 29 | MOTION by Intervenor Parties Jerry Baker, Michelle Y Holbrook, Scott Pflug, Patricia A Henry, Lois Baker, Paul G Peterson, Craig Baker, Stacie Baker, Rylma Nink, Gloria Nink, Jackie Nink Pflug, Katharine D Doris, Patrick Scott Baker, Valerie Peterson, Mary Nink, Eugene Nink to intervene (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Peters, Elizabeth) (Entered: 02/13/2012) |
| 02/14/2012 | 30 | NOTICE of Motion by Elizabeth A. Peters for presentment of motion to intervene, 29 before Honorable George W. Lindberg on 2/16/2012 at 10:00 AM. (Peters, Elizabeth) (Entered: 02/14/2012) |
| 02/15/2012 | 31 | RESPONSE by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to MOTION by Intervenor Parties Jerry Baker, Michelle Y Holbrook, Scott Pflug, Patricia A Henry, Lois Baker, Paul G Peterson, Craig Baker, Stacie Baker, Rylma Nink, Gloria Nink, Jackie Nink Pflug, Katharine D Doris, Patrick Scott Baker, Valerie Peterson, M 29 *and Brief further in support of Plaintiffs" Motion for Turnover* (Attachments: # 1 Affidavit Ex. 1 Process Server's Affidavit of Service of T/P Citation on JPMCB on 12/8/11, # 2 Exhibit Ex. 2-Case, # 3 Exhibit Ex. 3-Copy of Baker Case Pleading)(Sharp, Elizabeth) (Entered: 02/15/2012) |
| 02/15/2012 | 32 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6839339. (Salter, John) (Entered: 02/15/2012) |
| 02/15/2012 | 33 | MINUTE entry before Honorable George W. Lindberg: Plaintiff' application for attorney John F. Salter to appear pro hac vice 32 is granted. Mailed notice (meg, ) (Entered: 02/15/2012) |

| 02/15/2012 | 34 | MINUTE entry before Honorable George W. Lindberg: Baker Parties' Motion to Intervene 29 is granted in part and denied in part. The Baker parties are granted permissive intervention in this case pursuant to Fed.R.Civ.P. 24(b)(1)(B). The Court further notes that the Barker parties' citation to Levin v. Bank of New York, No. 09-5900, 2011 WL 812032 (S.D.N.Y., Mar. 4, 2011) does not support their statement that "[i]n order for a judgment to be enforced against a foreign sovereign, it is necessary for the district court in each federal district where plaintiffs initiate enforcement proceedings to enter an order pursuant to 28 U.S.C. § 1610(c)." To the contrary, the court in Levin appeared to find that a single order pursuant to 28 U.S.C. § 1610(c) from any federal court was sufficient to allow a judgment creditor to initiate supplemental citation proceedings. See Levin, 2011 WL 812032 at *11. Mailed notice (meg, ) (Entered: 02/15/2012) |
|---|---|---|
| 02/15/2012 | 35 | EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensely, Jan Smith *Revised Exhibit 3 of copy of Baker case pleading with all pages* regarding response to motion,, 31 (Sharp, Elizabeth) (Entered: 02/15/2012) |
| 02/16/2012 | 36 | ~~ATTORNEY Appearance for Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug by Michael R. Dockterman (Dockterman, Michael) (Entered: 02/16/2012)~~ |
| 02/16/2012 | 37 | ~~CERTIFICATE of Service by John F. Salter on behalf of All Plaintiffs (Salter, John) (Entered: 02/16/2012)~~ |
| 02/16/2012 | 38 | MINUTE entry before Honorable George W. Lindberg: Hearing held. Plaintiffs' initial motion for turnover of assets by third-party citation respondent, J.P. Morgan Chase Bank, N.A. ("Chase") 22 is entered and continued to 3/14/2012 at 10:00 a.m. The Baker parties' brief regarding the priority of their claims vis-a-vis the claims of the Gates plaintiffs is due 2/22/2012. Response due 2/29/2012. No reply ordered. Any response by Chase to the initial motion for turnover order, or a position on the priority of the various parties' claims is due 2/29/2012. The Court may issue a ruling on the priority of the parties' claims and/or the motion for turnover order prior to the 3/14/2012 hearing date. Mailed notice (meg, ) (Entered: 02/16/2012) |
| 02/22/2012 | 39 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensely, Jan Smith for release of funds *Second Motion for Turnover of Assets from JPMCB* (Attachments: # 1 Exhibit Ex. 1 Order, # 2 Affidavit Ex 3 Affidavit of Process server, # 3 Exhibit Ex. 6- Case, # 4 Exhibit Ex 7- Copy of Order)(Sharp, Elizabeth) (Entered: 02/22/2012) |
| 02/22/2012 | 40 | ~~NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for release of funds, 39 before Honorable George W. Lindberg on 2/29/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 02/22/2012)~~ |

| | | |
|---|---|---|
| 02/22/2012<br><br>Flash Drive | 41 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Sealed Ex. 2* regarding MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Second Motion for Turnover of Assets from JPMCB* 39 (Sharp, Elizabeth) (Entered: 02/22/2012) |
| 02/22/2012<br><br>Flash Drive | 42 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Sealed Ex. 4* regarding MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Second Motion for Turnover of Assets from JPMCB* 39 (Sharp, Elizabeth) (Entered: 02/22/2012) |
| 02/22/2012<br>Flash Drive | 43 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Sealed Ex. 5* (Sharp, Elizabeth) (Entered: 02/22/2012) |
| 02/22/2012 | 44 | MEMORANDUM *in Support of Gates Plaintiffs' Second Motion for Turnover of Assets from JPMCB* (Sharp, Elizabeth) (Entered: 02/22/2012) |
| 02/22/2012 | 45 | MEMORANDUM by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug *Regarding Priority of Claims* (Attachments: # 1 Exhibit A)(Peters, Elizabeth) (Entered: 02/22/2012) |
| 02/23/2012 | 46 | INTERVENOR complaint filed by Jerry Baker, Michelle Y Holbrook, Scott Pflug, Patricia A Henry, Lois Baker, Paul G Peterson, Craig Baker, Stacie Baker, Rylma Nink, Gloria Nink, Jackie Nink Pflug, Katharine D Doris, Patrick Scott Baker, Valerie Peterson, Mary Nink, Eugene Nink against Francis Gates, Pati Hensely, Sara Hensley, Jan Smith, Syrian Arab Republic(Peters, Elizabeth) (Entered: 02/23/2012) |
| 02/23/2012 | 47 | Third Party Citation to Discover Assets by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith (Sharp, Elizabeth) (Entered: 02/23/2012) |
| 02/23/2012 | 48 | AFFIDAVIT of Arron Willoughby, LaSalle Process Servers regarding other 47 *Service of Third Party Citation to Discover Assets* (Sharp, Elizabeth) (Entered: 02/23/2012) |
| 02/23/2012 | 49 | Notice to Judgement Debtor, Syrian Arab Republic, of Third Party Citation to Discover Assets by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith (Sharp, Elizabeth) (Entered: 02/23/2012) |
| 02/23/2012 | 50 | Third Party Citation to Discover Assets by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith (Sharp, Elizabeth) (Entered: 02/23/2012) |
| 02/23/2012 | 51 | AFFIDAVIT of Aaron Willoughby, LaSalle Process Servers regarding other 50 *Service of Third Party Citation to Discover Assets* (Sharp, Elizabeth) (Entered: 02/23/2012) |
| 02/23/2012 | 52 | Notice to Judgement Debtor, Syrian Arab Republic, of Third Party Citation to Discover Assets by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith |

| | | |
|---|---|---|
| | | (Sharp, Elizabeth) (Entered: 02/23/2012) |
| 02/28/2012 | 53 | MINUTE entry before Honorable George W. Lindberg: Gates plaintiffs' second motion for motion for turnover of assets from third-party citation respondent, JP Morgan Chase Bank, N.A. 39 is entered an continued. Objection to this motion are due 3/14/2012. No appearance required on 2/29/2012 at 10:00 a.m. Mailed notice (meg, ) (Entered: 02/28/2012) |
| 02/28/2012 | 54 | REPLY by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to response to motion,, 31 (Salter, John) (Entered: 02/28/2012) |
| 02/28/2012 | 55 | ~~ATTORNEY Appearance for Respondents AT&T Corp., AT&T Services Inc. by Mark W. Lewis (Attachments: # 1 Exhibit Notification as to Affiliates)(Lewis, Mark) (Entered: 02/28/2012)~~ |
| 02/29/2012 | 56 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Initial Motion for Turnover of Assets From Third-Party Citation Respondents AT&T Corp and AT&T Services, Inc.* (Attachments: # 1 Exhibit Ex. 1 Order entered 8/23/11 under 28 USC 1610(c))(Sharp, Elizabeth) (Entered: 02/29/2012) |
| 02/29/2012 | 57 | ~~NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for release of funds, 56 before Honorable George W. Lindberg on 3/7/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 02/29/2012)~~ |
| 02/29/2012<br><br>Flash Drive | 58 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Confidential and Sealed Exhibit 2* regarding MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Initial Motion for Turnover of Assets From Third-Party Citation Respondents AT&T Corp and AT&T Services, Inc.* 56 (Sharp, Elizabeth) (Entered: 02/29/2012) |
| 02/29/2012 | 59 | RESPONSE by JPMorgan Chase Bank, N.A. to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan SmithMotion for Turnover of Assets by Third-Party Citation Respondent 22 (Lesniak, Edward) (Entered: 02/29/2012) |
| 03/02/2012 | 60 | MOTION by Respondents AT&T Corp., AT&T Services Inc., Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for protective order *Joint Plaintiffs and Third Party Citation Respondents AT&T Corp and AT&T Services* (Attachments: # 1 Text of Proposed Order Ex 1- Proposed Protective Order)(Sharp, Elizabeth) (Entered: 03/02/2012) |
| 03/02/2012 | 61 | ~~NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for protective order, 60 before Honorable George W. Lindberg on 3/7/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 03/02/2012)~~ |
| 03/02/2012 | 62 | MINUTE entry before Honorable George W. Lindberg: Joint motion by plaintiffs and third-party respondents AT&T Corp. and AT&T Services, Inc. to third-party citations to discover assets for entry of protective order 60 is |

| | | |
|---|---|---|
| | | granted. No appearance required on 3/7/2012 at 10:00 a.m. Plaintiffs are ordered to submit a Word Perfect version the agreed protective order to the Court's e-filing box. Mailed notice (meg, ) (Entered: 03/02/2012) |
| 03/02/2012 | 63 | MINUTE entry before Honorable George W. Lindberg: Plaintiffs' initial motion for turnover of assets from third-party citation respondents, AT&T Corp. and AT&T Services, Inc. 56 is entered and continued. No appearance required on 3/7/2012 at 10:00 a.m. Written responses or objections to the motion are due 3/14/2012. Mailed notice (meg, ) (Entered: 03/02/2012) |
| 03/05/2012 | 64 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for leave to file *Unopposed Motion to file Reply to Third-Party Citation Respondent JPMCB's Response* (Attachments: # 1 Exhibit Ex A- Proposed Reply Brief)(Sharp, Elizabeth) (Entered: 03/05/2012) |
| 03/05/2012 | 65 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for leave to file, 64 before Honorable George W. Lindberg on 3/14/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 03/05/2012) |
| 03/05/2012 | 66 | EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Draft Proposed Gates Plaintiffs' Reply Brief* regarding MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for leave to file *Unopposed Motion to file Reply to Third-Party Citation Respondent JPMCB's Response* 64 (Sharp, Elizabeth) (Entered: 03/05/2012) |
| 03/05/2012 | 67 | MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug for leave to file *Reply in Support of Intervenors' Memorandum Regarding Priority of Claims* (Attachments: # 1 Exhibit A)(Peters, Elizabeth) (Entered: 03/05/2012) |
| 03/05/2012 | 68 | NOTICE of Motion by Elizabeth A. Peters for presentment of motion for leave to file, 67 before Honorable George W. Lindberg on 3/14/2012 at 10:00 AM. (Peters, Elizabeth) (Entered: 03/05/2012) |
| 03/05/2012 | 71 | MINUTE entry before Honorable George W. Lindberg: Enter Parties' Joint Stipulated Protective Order. (For Further Details See Separate Order). Mailed notice (meg, ) (Entered: 03/06/2012) |
| 03/05/2012 | 72 | PARTIES' JOINT STIPULATED PROTECTIVE Order. Signed by the Honorable George W. Lindberg on 3/5/2012. Mailed notice(meg, ) (Entered: 03/06/2012) |
| 03/06/2012 | 69 | MINUTE entry before Honorable George W. Lindberg: Status hearing set for 3/7/2012 at 10:00 a.m. Mailed notice (meg, ) (Entered: 03/06/2012) |
| 03/06/2012 | 70 | MINUTE entry before Honorable George W. Lindberg: Intervenors' motion for leave to file reply in support of intervenors' memorandum regarding priority of claims and in opposition to the Gates plaintiffs' initial motion for |

| | | |
|---|---|---|
| | | turnover of assets 67 is granted. The Court notes that the Baker plaintiffs do not cite to any new case law in their reply. The Baker plaintiffs are ordered to file their reply as a separate, independent docket entry. Unopposed motion of Gates plaintiffs for leave to file reply to third-party citation respondent JPMorgan Chase Bank N.A.'s response and in further support of Gates plaintiffs' initial motion for turnover to JPMorgan Chase Bank, N.A. 64 is granted. The Gates plaintiffs are ordered to file their reply as a separate, independent docket entry. All parties are ordered not to submit any further filings until after the status hearing scheduled for 3/7/2012 at 10:00 a.m. Mailed notice(meg, ) (meg, ). (Entered: 03/06/2012) |
| 03/07/2012 | 73 | MINUTE entry before Honorable George W. Lindberg: Enter Memorandum Opinion and Order. (Further Details See Separate Order).Mailed notice (meg, ) (Entered: 03/07/2012) |
| 03/07/2012 | 74 | MEMORANDUM OPINION AND ORDER. Signed by the Honorable George W. Lindberg on 3/7/2012. Mailed notice(meg, ) (Main Document 74 replaced on 3/7/2012) (meg, ). Modified on 3/7/2012 (meg, ). (Entered: 03/07/2012) |
| 03/07/2012 | 75 | MINUTE entry before Honorable George W. Lindberg: Status hearing held. The stay related to filings by the parties is lifted. The Baker plaintiffs are granted leave to file a motion seeking certification of an issue for interlocutory appeal. Mailed notice (meg, ) (Entered: 03/07/2012) |
| 03/07/2012 | 76 | REPLY by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan SmithMotion for Turnover of Assets by Third-Party Citation Respondent 22 *and in opposition to Response filed by JPMCB to Initial Motion for Turnover to JPMCB* (Attachments: # 1 Exhibit Ex 1- copy of Rubin case, # 2 Exhibit Ex 2-Copy of Hausler case)(Sharp, Elizabeth) (Entered: 03/07/2012) |
| 03/09/2012 | 77 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Second Motion for Turnover of Assets from AT&T* (Sharp, Elizabeth) (Entered: 03/09/2012) |
| 03/09/2012 | 78 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for release of funds 77 before Honorable George W. Lindberg on 3/21/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 03/09/2012) |
| 03/09/2012 Flash Drive | 79 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith regarding MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Second Motion for Turnover of Assets from AT&T* 77 (Sharp, Elizabeth) (Entered: 03/09/2012) |
| 03/09/2012 | 81 | MINUTE entry before Honorable George W. Lindberg: Gates plaintiffs' second motion for motion for turnover of assets from third-party citation respondent, JP Morgan Chase Bank, N.A. 39 is denied for the same reason the first motion for turnover of assets 22 was denied, the citation to discover |

| | | |
|---|---|---|
| | | assets that is the basis for the request for a turnover order was directed solely toward Chase. As the Court previously found, the Gates plaintiffs cannot attach and execute upon funds via a motion for turnover order solely directed toward Chase. Mailed notice (meg, ) (Entered: 03/09/2012) |
| 03/14/2012 | 82 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for reconsideration regarding order on motion for release of funds,,, terminate hearings,,, text entry,, 81 *Motion to Reconsider Order of March 9, 2012 concerning Gates Plaintiffs' Second JPMCB Turnover Motion* (Attachments: # 1 Exhibit Ex. 1 Copy of case, # 2 Exhibit Ex.2- Copy of case, # 3 Exhibit Ex. 3- Copy of case)(Sharp, Elizabeth) (Entered: 03/14/2012) |
| 03/14/2012 | 83 | ~~NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for reconsideration,, motion for relief,,,,, 82 before Honorable George W. Lindberg on 3/21/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 03/14/2012)~~ |
| 03/14/2012 | 84 | RESPONSE by JPMorgan Chase Bank, N.A. to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Initial Motion for Turnover of Assets From Third-Party Citation Respondents AT&T Corp and AT&T Services, Inc.* 56 (Lesniak, Edward) (Entered: 03/14/2012) |
| 03/14/2012 | 85 | MOTION by Respondent AT&T Corp. to reassign case (Attachments: # 1 Exhibit A)(Lewis, Mark) (Entered: 03/14/2012) |
| 03/14/2012 | 86 | ~~NOTICE of Motion by Mark W. Lewis for presentment of motion to reassign case 85 before Honorable George W. Lindberg on 3/21/2012 at 10:00 AM. (Lewis, Mark) (Entered: 03/14/2012)~~ |
| 03/14/2012 | 87 | RESPONSE by AT&T Corp., AT&T Services Inc. to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Initial Motion for Turnover of Assets From Third-Party Citation Respondents AT&T Corp and AT&T Services, Inc.* 56 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Lewis, Mark) (Entered: 03/14/2012) |
| 03/14/2012 | 88 | MEMORANDUM by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug in Opposition to motion for release of funds, 56 (Attachments: # 1 Exhibit A)(Peters, Elizabeth) (Entered: 03/14/2012) |
| 03/14/2012 | 89 | MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug for certificate of appealability *Motion for Certification of an Issue for Interlocutory Appeal* |

| | | |
|---|---|---|
| | | *Pursuant to 28 U.S.C. 1292(b)* (Peters, Elizabeth) (Entered: 03/14/2012) |
| 03/14/2012 | 90 | MEMORANDUM by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine S Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug in support of motion for certificate of appealability, 89 *Memorandum of Law in Support of Intervenors' Motion for Certification of an Issue for Interlocutory Appeal Pursuant to 28 U.S.C. 1292(b)* (Attachments: # 1 Exhibit A)(Peters, Elizabeth) (Entered: 03/14/2012) |
| 03/14/2012 | 91 | NOTICE of Motion by Elizabeth A. Peters for presentment of motion for certificate of appealability, 89 before Honorable George W. Lindberg on 3/21/2012 at 10:00 AM. (Peters, Elizabeth) (Entered: 03/14/2012) |
| 03/15/2012 | 92 | MINUTE entry before Honorable George W. Lindberg: AT&T's motion for reassignment based upon relatedness 85 is granted. Pursuant to Local Rule 40.4, this Court finds that Case No. 12-CV-1836 is related to Case No. 11-CV-8715 and Case No. 11-CV-8913 and that Case No. 12-CV-1836 should be reassigned to this Court's calendar. Mailed notice (meg, ) (Entered: 03/15/2012) |
| 03/15/2012 | 93 | MINUTE entry before Honorable George W. Lindberg: Intervenors' motion for certification of an issue for interlocutory appeal pursuant to 28 U.S.C. 1292(b) 89 is granted. The Court certifies its March 7, 2010 Memorandum Opinion and Order for interlocutory review on the issue of whether a judgment creditor holding a judgment against a foreign sovereign must obtain an order under 28 U.S.C. 1610(c) in each judicial district in which it registers an underlying judgment against a foreign sovereign as a prerequisite to pursuing enforcement of the underlying judgment against the assets of the foreign sovereign located within that judicial district. This Court found that successive 1610(c) orders are not necessary. Intervenors argue that successive 1610(c) orders are necessary. The Court finds that its interpretation of 28 U.S.C. 1610(c) presents a controlling question of law, there is a substantial ground for difference of opinion regarding the interpretation of 1610(c), and the resolution of the 1610(c) issue may materially advance the ultimate termination of this litigation. See Sterk v. Redbox Automated Retail, LLC, 2012 WL 695638 (7th Cir. Mar. 6, 2012). Mailed notice (meg, ) (Entered: 03/15/2012) |
| 03/15/2012 | 94 | MINUTE entry before Honorable George W. Lindberg: Gates plaintiffs' motion for reconsideration concerning Court's order of March 9, 2012 with respect to the Gates plaintiffs' second motion for turnover of assets from third-party citation respondent, JP Morgan Chase Bank, N.A. 82 is granted. The Court's March 9, 2012 minute order 81 is vacated. Objections and responses to the Gates plaintiffs' second motion for turnover of assets from JP Morgan Chase Bank, N.A. 39 are due 3/23/2012. Mailed notice (meg, ) |

| | | |
|---|---|---|
| | | (Entered: 03/15/2012) |
| 03/15/2012 | "TYPE=PICT;ALT=LOCK | (Court only) Related cases: Create association to 1:12-cv-01836. (smm) (Entered: 03/16/2012) |
| 03/20/2012 | 95 | MINUTE entry before Honorable George W. Lindberg: Plaintiffs' second motion for turnover of assets from third-party citation respondents, AT&T Corp. and AT&T Services, Inc. 77 is entered and continued. Any responses or objections to the motion are due 4/3/12. Replies if necessary are due 4/10/12. No appearance required on 3/21/12 at 10:00 a.m. Mailed notice (air, ) (Entered: 03/20/2012) |
| 03/23/2012 | 96 | RESPONSE by Respondent JPMorgan Chase Bank, N.A. *to Plaintiffs' Second Motion for Turnover* (Lesniak, Edward) (Entered: 03/23/2012) |
| 03/23/2012 | 97 | MEMORANDUM by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug in Opposition to motion for release of funds 77 *Memorandum in Opposition to Document 39* (Peters, Elizabeth) (Entered: 03/23/2012) |
| 03/27/2012<br>Flash Drive | 98 | SEALED DOCUMENT by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug *Intervenors' Memorandum in Opposition to Gates Plaintiffs' Second Motion for Turnover of Assets from Third-Party Citation Respondent JP Morgan Chase Bank, N.A.* (Peters, Elizabeth) (Entered: 03/27/2012) |
| 04/03/2012 | 99 | RESPONSE by AT&T Corp., AT&T Services Inc. to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Second Motion for Turnover of Assets from AT&T* 77 (Lewis, Mark) (Entered: 04/03/2012) |
| 04/03/2012 | 100 | MEMORANDUM by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug in Opposition to motion for release of funds 77 (Peters, Elizabeth) (Entered: 04/03/2012) |
| 04/09/2012 | 101 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for leave to file *Gates Plaintiff's Unopposed Motion for Leave to file Reply Brief in Support of Second JPMCB Turnover Motion (DE 39)* (Sharp, Elizabeth) (Entered: 04/09/2012) |

| 04/09/2012 | 102 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for leave to file 101 before Honorable George W. Lindberg on 4/18/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 04/09/2012) |
| --- | --- | --- |
| 04/10/2012 | 103 | REPLY by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to response to motion 99 *and further in Support of Gates' AT&T Turnover Motions DE 56 and 77* (Attachments: # 1 Exhibit Ex. 2- Rubin Case, # 2 Exhibit Ex. 3- Hausler Case, # 3 Exhibit Ex. 4- Winters Case)(Sharp, Elizabeth) (Entered: 04/10/2012) |
| 04/10/2012<br><br>Flash Drive | 104 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Sealed Ex. 1 to Gates Reply in Support of AT&T Turnover Motions DE 56 and 77* regarding reply to response to motion, 103 (Sharp, Elizabeth) (Entered: 04/10/2012) |
| 04/16/2012 | 105 | MINUTE entry before Honorable George W. Lindberg: Unopposed motion of Gates plaintiffs for leave to file reply to third-party citation respondent JPMorgan Chase Bank, N.A's Response and in further support of Gates plaintiffs' second motion for turnover to JPMorgan Chase Bank, N.A. 101 is granted. The Gates plaintiffs can file their reply brief on or before 4/19/2012. No appearance required on 4/18/2012. Mailed notice (meg, ) (Entered: 04/16/2012) |
| 04/19/2012 | 106 | REPLY by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Second Motion for Turnover of Assets from JPMCB* 39 , Response 96 (Attachments: # 1 Exhibit Ex 1- Broaddus case, # 2 Exhibit Ex. 2- Levin case, # 3 Exhibit Ex 3-Hausler II case, # 4 Exhibit Ex. 4- Hill case, # 5 Exhibit Ex 5- Citizens Financial case, # 6 Exhibit Ex. 6- Calderon case)(Sharp, Elizabeth) (Entered: 04/19/2012) |
| 04/23/2012 | 107 | MOTION by Respondent JPMorgan Chase Bank, N.A. to reassign case *based upon relatedness* (Lesniak, Edward) (Entered: 04/23/2012) |
| 04/30/2012 | 108 | MINUTE entry before Honorable George W. Lindberg: JPMorgan Chase Bank, N.A.'s motion for reassignment based upon relatedness 107 is granted. Pursuant to Local Rule 40.4, Case No. 12 C 2983 is related to Case Nos. 11 C 8715 and 11 C 8913 and should be reassigned to this Court's calendar. Mailed notice (meg, ) (Entered: 04/30/2012) |
| 04/30/2012 | "TYPE=PICT;ALT=LOCK" | (Court only) Related cases: Create association to 1:12-cv-02983. (smm) (Entered: 05/01/2012) |
| 05/04/2012 | 109 | CERTIFIED Copy of ORDER from USCA no. 12-8008. The following are before the court: 1. Intervenors' petition for leave to appeal pursuant to 28 |

| | | |
|---|---|---|
| | | U.S.C. Section 1292(b), filed on 3/26/12, by counsel for the petitioners. Gates Plaintiffs' response to the Bake parties' petition for leave to appeal, filed on 4/30/12, by counsel for respondents Francis Gates, Pati Hensely, and Sara Hensley. 3. Intervenors' supplement to petition for leave to appeal pursuant to 28 U.S.C. Section 1292(b), filed on 4/30/12, by counsel for the petitioners. IT IS ORDERED that #1 is DENIED. Interlocutory appeal under 28 U.S.C. Section 1292(b) is appropriate when resolution of the issue presented will materially advance the disposition of the litigation. Accepting Banker parties' petition for interlocutory appeal might cause delay in the resolution of the interpleader actions currently pending in the district court. And any question about 28 U.S.C. Section 1610(c) can be resolved on appeal from the final decision. We urge the district court to resolve the interpleader actions with dispatch. (smm, ) (Entered: 05/07/2012) |
| 06/15/2012 | 110 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for extension of time *of Third Party Citation to Discover Assets to JPMCB* (Sharp, Elizabeth) (Entered: 06/15/2012) |
| 06/15/2012 | 111 | NOTICE of Motion by Elizabeth D. Sharp for presentment of extension of time 110 before Honorable George W. Lindberg on 6/27/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 06/15/2012) |
| 06/20/2012 | 112 | MINUTE entry before Honorable George W. Lindberg: Gates plaintiffs' unopposed motion to extend third party citation to discover assets against third-party citation respondent, JP Morgan Chase Bank, N.A. 110 is granted. The citation proceeding is extended until 1/5/2013 or further order of the Court. Mailed notice (meg, ) (Entered: 06/20/2012) |
| 08/14/2012 | 113 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for extension of time *of Third Party Citation to Discover Assets to AT&T Corp.* (Sharp, Elizabeth) (Entered: 08/14/2012) |
| 08/14/2012 | 114 | NOTICE of Motion by Elizabeth D. Sharp for presentment of extension of time 113 before Honorable George W. Lindberg on 8/22/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 08/14/2012) |
| 08/17/2012 | 115 | MINUTE entry before Honorable George W. Lindberg: Gates plaintiff's unopposed motion to extend third party citation to discover assets against third party respondent AT&T 113 is granted. The third-party citation proceeding against AT&T is extended to 2/28/2013. No court appearance is required on 8/22/2012. Mailed notice (meg, ) (Entered: 08/17/2012) |
| 08/27/2012 | 116 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Amy J. St. Eve for all further proceedings. It appearing that related cases 11 C 8715, Gates, et al., v. Syrian Arab Republic, 11 C 8913, Baker, et al., v. Syrian Arab Republic, et al., 12 C 1836, AT&T Corp. v. Gates, et al., and 12 C 2983, JP Morgan Chase Bank v. Gates, et al., are currently assigned to the Hon. George W. Lindberg; and It further appearing that Judge Lindberg has |

| | | |
|---|---|---|
| | | requested that these related cases be reassigned to another judge of this Court pursuant to 28 USC Section 294(b); therefore It is hereby ordered that 11 C 8715, Gates, et al., v. Syrian Arab Republic, 11 C 8913, Baker, et al. Syrian Arab Replublic, et al., 12 C 1836, AT&T Corp. v. Gates, et al., and 12 C 2983, JP Morgan Chase Bank v. Gates, et al., are to be reassigned by lot to another judge of this Court. Signed by Executive Committee on 8/27/12.(smm) (Entered: 08/29/2012) |
| 08/30/2012 | 117 | EXECUTIVE COMMITTEE ORDER: It appearing that related cases 11 C 8715, Gates, et al. v. Syrian Arab Republic. 11 C 8913, Baker, et al. v. Syrian Arab Republic, et al., 12 C 1836, AT&T Corp. v. Gates, et al., and 12 C 2983, JP Morgan Chase Bank v. Gates, et al., are currently assigned to the Hon. Amy J. St. Eve; and It further appearing that Judge St. Eve has recused herself from presiding over these related cases because she owns stock in JP Morgan Chase Bank; therefore It is hereby ordered that 11 C 8715, Gates, et al. v. Syrian Arab Republic. 11 C 8913, Baker, et al. v. Syrian Arab Republic, et al., 12 C 1836, AT&T Corp. v. Gates, et al., and 12 C 2983, JP Morgan Chase Bank v. Gates, et al., are to be reassigned by lot to another judge of this Court. Case reassigned to the Honorable Virginia M. Kendall for all further proceedings. Signed by Executive Committee on 8/30/12. (ef, ) (Entered: 08/30/2012) |
| 09/19/2012 | 118 | MINUTE entry before Honorable Virginia M. Kendall:This case, having been reassigned to the calendar of the Honorable Virginia M. Kendall, status hearing set for 10/10/2012 at 09:00 AM.Mailed notice (tsa, ) (Entered: 09/19/2012) |
| 09/28/2012 | 119 | MINUTE entry before Honorable Virginia M. Kendall:Enter Memorandum, Opinion and Order: Plaintiffs' motions for turnover 56 , 77 are granted in accordance with the directions provided in the written memorandum opinion (filed under seal). The Gates Plaintiff, AT&T, and JPMCB shall provide the Court with an agreed turnover order in accordance with those directions. Following entry of such agreed order, AT&T's Interpleader Complaint in Case No. 12 C 1836 shall be dismissed as moot. The parties shall appear at the status on 10/10/2012 at 9:00 A.M., and be prepared to discuss with the Court the status of this case and the related cases as well as provide positions regarding redactions to the memorandum opinion to permit the Court to file an appropriately redacted version as a public document. (For further detail see separate order(s).)Mailed notice (smm) (Entered: 09/28/2012) |
| 09/28/2012 | 121 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for Plaintiffs' Counsel, John Salter, to participate in Status Hearing of 10/10/12 via telephone (Sharp, Elizabeth) (Entered: 09/28/2012) |
| 09/28/2012 | 122 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for miscellaneous relief 121 before Honorable Virginia M. Kendall on 10/3/2012 |

| | | |
|---|---|---|
| | | at 10:00 AM. (Sharp, Elizabeth) (Entered: 09/28/2012) |
| 09/28/2012 | 123 | NOTICE of Motion by Elizabeth D. Sharp for presentation of motion for miscellaneous relief 121 before Honorable Virginia M. Kendall on 10/9/2012 at 09:00 AM. (Sharp, Elizabeth) (Entered: 09/28/2012) |
| 10/02/2012 | 124 | MINUTE entry before Honorable Virginia M. Kendall: MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for Plaintiffs' Counsel, John Salter, to participate in Status Hearing of 10/10/12 via telephone 121 is granted. Counsel should provide a contact number to the courtroom deputy prior to the status hearing. Motion hearing set for 10/9/2012 on this motion is hereby stricken.Mailed notice (tsa, ) (Entered: 10/02/2012) |
| 10/08/2012 | 125 | ATTORNEY Appearance for Respondent JPMorgan Chase Bank, N.A. by James Kelley Nevling, Jr (Nevling, James) (Entered: 10/08/2012) |
| 10/09/2012 Flash Drive | 126 | SEALED MOTION by Intervenor Patrick Scott Baker for Reconsideration (Attachments: # 1 Exhibit A)(Peters, Elizabeth) (Entered: 10/09/2012) |
| 10/09/2012 | 127 | MOTION by Intervenor Patrick Scott Baker for reconsideration (Attachments: # 1 Exhibit A)(Peters, Elizabeth) (Entered: 10/09/2012) |
| 10/09/2012 | 128 | ~~NOTICE of Motion by Elizabeth A. Peters for presentment of motion for reconsideration 127 , Sealed motion 126 before Honorable Virginia M. Kendall on 10/15/2012 at 09:00 AM. (Peters, Elizabeth) (Entered: 10/09/2012)~~ |
| 10/10/2012 | 129 | MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 10/10/2012. Briefing schedule on the motion to reconsider 127 , Sealed motion 126 is set forth as follows: Responses due by 10/24/2012. Replies due by 10/31/2012. Ruling will be made by mail. Status hearing set for 11/7/2012 at 09:00 AM. Advised in open court notice (tsa, ) (Entered: 10/10/2012) |
| 10/10/2012 | 130 | MINUTE entry before Honorable Virginia M. Kendall:Minute entry 129 is amended to reflect that parties should bring a proposed redacted copy of the Courts opinion on 11/7/2012. Salter may appear by telephone at the next status hearing. The rest of the order to stand.Advised in open court notice (tsa, ) (Entered: 10/10/2012) |
| 10/17/2012 | 131 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-7663778. (Salter, John) (Entered: 10/17/2012) |
| 10/18/2012 | 132 | MINUTE entry before Honorable Virginia M. Kendall: Motion for leave to appear pro hac vice 131 is granted. Mailed notice (mgh, ) (Entered: 10/18/2012) |
| 10/24/2012 | 133 | RESPONSE by Francis Gates, Pati Hensely, Sara Hensley, Jan Smithin Opposition to SEALED MOTION by Intervenor Patrick Scott Baker for Reconsideration 126 , MOTION by Intervenor Patrick Scott Baker for reconsideration 127 (Attachments: # 1 Exhibit Ex. 1:Hicks v. Midwest |

| | | |
|---|---|---|
| | | Transit, # 2 Exhibit Ex. 2: Estate of Marcos Human Rights Litigation, # 3 Exhibit Ex.3: Monks v. Long Term Disability Benefits)(Salter, John) (Entered: 10/24/2012) |
| 10/24/2012 | 134 | MEMORANDUM by JPMorgan Chase Bank, N.A. in Opposition to motion for reconsideration 127 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nevling, James) (Entered: 10/24/2012) |
| 10/24/2012 | 135 | NOTICE by JPMorgan Chase Bank, N.A. re memorandum in opposition to motion 134 *for reconsideration* (Nevling, James) (Entered: 10/24/2012) |
| 10/31/2012 | 136 | REPLY by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug to MOTION by Intervenor Patrick Scott Baker for reconsideration 127 , response in opposition to motion, 133 (Peters, Elizabeth) (Entered: 10/31/2012) |
| 11/07/2012 | 137 | MINUTE entry before Honorable Virginia M. Kendall:Sealed motion 126 is taken under advisement. Motion for reconsideration 127 is taken under advisement. Advised in open court notice (tsa, ) (Entered: 11/07/2012) |
| 12/19/2012 | 138 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for extension of time *Unopposed Second Motion To Extend Third Party Citation To Discover Assets Against Third Party Citation Respondent, JP Morgan Chase Bank, NA* (Salter, John) (Entered: 12/19/2012) |
| 12/19/2012 | 139 | NOTICE of Motion by John F. Salter for presentment of extension of time, 138 before Honorable Virginia M. Kendall on 12/27/2012 at 09:00 AM. (Salter, John) (Entered: 12/19/2012) |
| 12/20/2012 | 140 | MINUTE entry before Honorable Virginia M. Kendall:Unopposed MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for extension of time *Unopposed Second Motion To Extend Third Party Citation To Discover Assets Against Third Party Citation Respondent, JP Morgan Chase Bank, NA* 138 is granted to 7/5/2013 to extend 3rd party citation proceeding against JPMCB. Motion hearing set for 12/27/2012 on this motion is hereby stricken. Mailed notice (tsa, ) (Entered: 12/20/2012) |
| 02/20/2013 | 141 | Unopposed Second Motion by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *To EXTEND THIRD PARTY CITATION TO DISCOVER ASSETS AGAINST THIRD-PARTY CITATION RESPONDENT, AT&T CORP.* (Salter, John) (Docket Text Modified by Clerk's Office on 2/20/2013) (np, ). (Entered: 02/20/2013) |
| 02/20/2013 | 142 | NOTICE of Motion by John F. Salter for presentment of (Salter, John) (Entered: 02/20/2013) |
| 02/22/2013 | 143 | MINUTE entry before Honorable Virginia M. Kendall:Unopposed Motion 141 to extend third party citation to discover assets against third party citation |

| | | |
|---|---|---|
| | | respondent, AT&T is granted to 8/28/2013 or until order of the court on the turnover motions. Motion hearing set for 2/25/2013 on this motion is hereby stricken.Mailed notice (tsa, ) (Entered: 02/22/2013) |
| 03/29/2013 | 144 | MINUTE entry before Honorable Virginia M. Kendall: ENTER MEMORANDUM OPINION AND ORDER. The motions of Intervenor Patrick Scott Baker for reconsideration (Docket Nos. 126 and 127 ) are denied. Reconsideration having been denied, the petition to intervene by AT&T, case No. 12-1836, is dismissed as moot. The parties are to submit an agreed order as directed in Docket No. 119 , and are also directed to file position papers on whether the agreed order should be stayed pending appeal. Position papers to be filed by 4/12/13, responses by 4/28/13.Mailed notice (tlp, ) (Entered: 03/29/2013) |
| 03/29/2013 | 145 | MEMORANDUM Opinion and Order Signed by the Honorable Virginia M. Kendall on 3/29/2013: Mailed notice(tlp, ) (Entered: 03/29/2013) |
| 03/29/2013 | 146 | MINUTE entry before Honorable Virginia M. Kendall: ENTER MEMORANDUM OPINION AND ORDER. The Gates Plaintiffs Motion for Turnover (# 39 ) is granted in part and denied in part. The Gates Plaintiffs Motion to Dismiss the JPMCB Interpleader Complaint (Case No. 12-2983, Docket No. 13 ) is granted as to the rights of the Baker Plaintiffs and otherwise denied. JPMCB is directed to notify all parties to funds transfers by 4/28/13 of the existence of this proceeding, this order, and their rights to interplead any claims that such partys ownership interest supersedes that of the Gates Plaintiffs, after which time the Court will set a hearing date to determine whether any of the notified parties have competing claims to the assets at issue. Mailed notice (tlp, ) (Entered: 03/29/2013) |
| 03/29/2013 | 147 | MEMORANDUM Opinion and Order Signed by the Honorable Virginia M. Kendall on 3/29/2013: Mailed notice(tlp, ) (Entered: 03/29/2013) |
| 04/11/2013 | 148 | RESPONSE by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to order on sealed motion,,, order on motion for reconsideration,,, text entry,, 144 *GATES PLAINTIFFS POSITION PAPER CONCERNINGSTAY PENDING APPEAL OF AT&T TURNOVER ORDER* (Salter, John) (Entered: 04/11/2013) |
| 04/12/2013 | 149 | RESPONSE by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to order on sealed motion,,, order on motion for reconsideration,,, text entry,, 144 *Corrected Gates' Plaintiffs Position Paper Concerning Stay Pending Appeal Of AT&T Turnover Order* (Salter, John) (Entered: 04/12/2013) |
| 04/12/2013 | 150 | RESPONSE by Respondent JPMorgan Chase Bank, N.A. *Court Order to Submit Position Paper as to Whether Turnover Order and Judgment Should Be Stayed Pending Appeal* (Lesniak, Edward) (Entered: 04/12/2013) |

| 04/12/2013 | 151 | MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug to clarify (Peters, Elizabeth) (Entered: 04/12/2013) |
| --- | --- | --- |
| 04/15/2013 | 152 | ~~NOTICE of Motion by Elizabeth A. Peters for presentment of motion to clarify, 151 before Honorable Virginia M. Kendall on 4/23/2013 at 09:00 AM. (Peters, Elizabeth) (Entered: 04/15/2013)~~ |
| 04/16/2013<br><br>Flash Drive | 153 | RESPONSE by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie N 151 (Salter, John) (Entered: 04/16/2013) |
| 04/16/2013 | 154 | ~~NOTICE of Motion by Elizabeth A. Peters for presentment of motion to clarify, 151 before Honorable Virginia M. Kendall on 4/29/2013 at 09:00 AM. (Peters, Elizabeth) (Entered: 04/16/2013)~~ |
| 04/16/2013 | 155 | RESPONSE by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie N 151 (Attachments: # 1 Exhibit 1 through 11)(Salter, John) (Entered: 04/16/2013) |
| 04/24/2013 | 156 | REPLY by Respondent JPMorgan Chase Bank, N.A. to order on sealed motion,,, order on motion for reconsideration,,, text entry,, 144 *On Question Whether Turnover Order and Judgment Should Be Stayed Pending Appeal* (Lesniak, Edward) (Entered: 04/24/2013) |
| 04/26/2013<br>S/C | 157 | RESTRICTED (Document not scanned) (mgh, ). (Entered: 04/26/2013) |
| 04/26/2013 | 158 | MEMORANDUM by AT&T Corp., AT&T Services Inc. *Regarding the Implementation of the Court's Orders* (Lewis, Mark) (Entered: 04/26/2013) |
| 04/29/2013 | 159 | MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 4/29/2013 and continued to 5/13/2013 at 09:00 AM. Any filings due by 5/6/2013. Motion to settle order is denied. Mr. Salter attended by telephone.Advised in open court notice (tsa, ) (Entered: 04/30/2013) |
| 05/13/2013<br>S/C | 161 | RESTRICTED (Document not scanned) (mgh, ) (Entered: 05/16/2013) |
| 05/13/2013 | 162 | MINUTE entry before Honorable Virginia M. Kendall:Enter redacted copy of the judgment and turnover order directing turnover of funds to plaintiffs and full discharge of citation respondents AT&T Corp. And AT&T Services, Inc. and partial discharge of citation respondent JPMorgan Chase Bank, |

| | | |
|---|---|---|
| | | N.A.Mailed notice [For further detail see separate order(s).] (mgh, ) (Entered: 05/17/2013) |
| 05/13/2013 | 163 | JUDGMENT AND TURNOVER ORDER(Redacted) directing turnover of funds to plaintiffs and full discharge of citation respondents AT&T Corp. And AT&T Services, Inc. and partial discharge of citation respondent JPMorgan Chase Bank, N.A. Signed by the Honorable Virginia M. Kendall on 5/13/2013. (mgh, ) Modified text on 6/12/2013 (pjg, ). (Entered: 05/17/2013) |
| 05/14/2013 | 160 | MINUTE entry before Honorable Virginia M. Kendall:For the reasons stated in open court at the status hearing on 4/29/13, Intervenors' Motion to Settle Order 151 is denied.Mailed notice (tsa, ) (Entered: 05/15/2013) |
| 05/22/2013 | "TYPE=PICT;ALT=LOCK" | (Court only) ***Motions terminated: MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie N 151 (tsa, ) (Entered: 05/22/2013) |
| 06/11/2013 | 164 | NOTICE of appeal by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug regarding orders 163 Filing fee $ 455, receipt number 0752-8437711. (Peters, Elizabeth) (Entered: 06/11/2013) |
| 06/11/2013 | 165 | DOCKETING Statement by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug regarding notice of appeal, 164 (Peters, Elizabeth) (Entered: 06/11/2013) |
| 06/12/2013 | 166 | NOTICE of Appeal Due letter sent to counsel of record. (dj ) (Entered: 06/12/2013) |
| 06/12/2013 | 167 | TRANSMITTED to the 7th Circuit the short record on notice of appeal, 164 . Notified counsel (dj ) (Entered: 06/12/2013) |
| 06/12/2013 | 168 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal, 164 ; USCA Case No. 13-2280 (mgh, ) (Entered: 06/12/2013) |
| 06/14/2013 | 169 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for extension of time *TO EXTEND THIRD PARTY CITATION TO DISCOVER ASSETS AGAINST THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A* (Salter, John) (Entered: 06/14/2013) |
| 06/14/2013 | 170 | NOTICE of Motion by John F. Salter for presentment of extension of time 169 before Honorable Virginia M. Kendall on 6/20/2013 at 09:00 AM. |

| | | |
|---|---|---|
| | | ~~(Salter, John) (Entered: 06/14/2013)~~ |
| 06/19/2013 | 171 | MINUTE entry before Honorable Virginia M. Kendall:Motion for extension of time 169 regarding citation to discover assets is granted. Motion hearing set for 6/20/2013 on this motion is stricken. Status hearing set for 1/6/2014 at 09:00 AM. regarding citation to discover assets.Mailed notice (tsa, ) (Entered: 06/19/2013) |

**KEY**

**MAJORITY of items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These item are sent under a separate certificate.**