UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

----------------------------------------------------------------- X

FRANCIS GATES, et al.,

                 Plaintiffs,

        -against-

THE SYRIAN ARAB REPUBLIC, et al.,

                Defendants,

        -against-

MARY NELL WYATT, et al.,

               Claimants.

----------------------------------------------------------------- X

Docket No.:
11-cv-8715 (VMK)

**<u>AMENDED
NOTICE OF APPEAL</u>**

     Notice is hereby given that Claimants MARY NELL WYATT, individually and as executrix of the Estate of Ronald E. Wyatt; DANIEL WYATT; AMANDA LIPPELT; MICHELLE BROWN; MARVIN T. WILSON; RENETTA WILSON; MARTY R. WILSON; GINA R. BROWN; BRADLEY G. KEY; KIMI L. JOHNS; and BARRY T. KEY (collectively the "WYATT PLAINTIFFS") hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order entered in this matter on October 22, 2014 (district court docket number 287). The WYATT PLAINTIFFS hereby appeal from each and every part of the above-referenced Memorandum Opinion and Order.

Dated: Brooklyn, New York
October 23, 2014

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Wyatt Plaintiffs*

by: _____
Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

## CERTIFICATE OF SERVICE

This is to certify that on October 23, 2014, I caused the foregoing document to be electronically filed using the CM/ECF System. I have additionally sent a copy of the foregoing to each of the following individuals via electronic mail:

Edward J. Lesniak, Esq. - elesniak@burkelaw.com

Michael Dockterman, Esq. - mdockterman@edwardswildman.com

Teresa A. Sullivan, Esq. - sullivan@sw.com

Elizabeth D. Sharp, Esq. - lsharp@sharp-law.com

John F. Salter, Esq. - john@barneslawgroup.com

Tamra T. Moore, Esq. - Tamra.Moore@usdoj.gov

Further, this is to certify that on this day, I have served a copy of the foregoing document by depositing same in the United States First Class Mail, proper postage prepaid prior to 5:00 p.m. to the following:

Syrian Arab Republic
c/o Ramsey Clark
CLARK & SCHILLING
37 West 12th Street
Suite 2B New York, NY 10011

Centrale Banque de Syrie
Altjreda al Maghrebeh Square
Damascus, Syria
P.O. Box 2254

Dated: Brooklyn, New York
      October 23, 2014

Robert J. Tolchin

## SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:  11cv8715

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Frances Gates et al | | Mary Nell Wyatt et al. |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Elizabeth D. Sharp | Name | Robert Joseph Tolchin |
| Firm | Law Offices of Elizabeth D. Sharp P.C. | Firm | Berkman Law Offiice, LLC |
| Address | 200 S. Wacker Drive 2300 Chicago, IL 60606 | Address | 111 Livingston Street Suite 1928 Brooklyn, NY 11201 |
| Phone | (312) 346-1726 | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Kendall | Date Filed in District Court | 12/08/11 |
| Court Reporter | G. McGuigan, x6047 | Date of Judgment | 10/22/14 |
| Nature of Suit Code | 999 | Date of Notice of Appeal | 10/23/14 |

COUNSEL:         Appointed [ ]         Retained [x]         Pro Se [ ]

FEE STATUS:         Paid [ ]         Due [x]         IFP [ ]

         IFP Pending [ ]         U.S. [ ]         Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?         Yes [ ]         No [x]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

         Granted [ ]         Denied [ ]         Pending [ ]

If Certificate of Appealability was granted or denied, date of order:  _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#):  _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |  |
|---|---|---|---|
| FRANCIS GATES et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | 11 C 8715 | |
| | ) | 14 C 6161 | |
| SYRIAN ARAB REPUBLIC et al., | ) | | |
| | ) | Judge Virginia M. Kendall | |
| Defendants. | ) | | |
| | ) | | |
| _____ | ) | | |
| | ) | | |
| MARY NELL WYATT et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| v. | ) | | |
| | ) | | |
| SYRIAN ARAB REPUBLIC et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |
| | ) | | |

## MEMORANDUM OPINION AND ORDER

Plaintiffs Frances Gates, individually and as administrator for the estate of Olin Eugene Armstrong, Pati Hensley, Sara Hensley and Jan Smith (together "Gates Plaintiffs") move for a release of funds entered into the Court's registry pursuant to this Court's previous orders directing JP Morgan Chase and AT&T to turnover Syrian funds to the Court's registry. (Dkt. Nos. 163, 238). These funds had been placed in the Court's registry pending the appeals of those orders. Those appeals are complete and the Seventh Circuit affirmed those orders. *See Gates v. Syrian Arab Republic¸* 755 F.3d 568 (7th Cir. 2014). Following the Gates Plaintiffs' motion for release of funds, a group of non-party "adverse claimants" led by Mary Nell Wyatt (together the "Wyatt Plaintiffs") filed a memorandum in this case seeking to block the distribution of funds to

the Gates Plaintiffs and to redirect those funds to the Wyatt Plaintiffs. The Wyatt Plaintiffs also filed a parallel action in this Court seeking distribution of the funds held in the Court's registry. *See* 14 C 6161.

For the reasons set out below, the Gates Plaintiffs' motion is granted and the Wyatt Plaintiffs' parallel action is dismissed.

## <u>BACKGROUND</u>

The Court assumes familiarity with the general background of this case. *See generally Gates*, 755 F.3d 568. Only limited procedural facts are relevant for current purposes. The Gates Plaintiffs seek to satisfy a money judgment they hold against the Syrian Arab Republic for injuries they or members of their families suffered as victims of terrorism sponsored by Syria. *See Gates v. Syrian Arab Republic*, 580 F.3d 53 (D.D.C. 2008), *aff'd*, 646 F.3d 1 (D.C. Cir. 2011). The Gates Plaintiffs obtained this judgment subject to the Foreign Sovereign Immunity Act. *See* 28 U.S.C. § 1605A. Following protracted litigation to locate Syrian assets subject to this Court's jurisdiction, the Court ordered various assets turned over to the Court's registry in order to satisfy that judgment. (Dkt. Nos. 163, 238). The orders provided that the funds would be placed in the Court's registry during the pendency of appeals of those orders and would be distributed when those appeals were complete. Those appeals are now complete and the Seventh Circuit affirmed each of the turnover orders in favor of the Gates Plaintiffs. *See Gates*, 755 F.3d at 580-81. Following the Seventh Circuit's mandate, the Gates Plaintiffs moved the Court to release funds held in the Court's registry. (Dkt. No. 251).

Enter the Wyatt Plaintiffs. The Wyatt Plaintiffs, not parties to this or any previous related case, filed a memorandum in opposition to the Gates Plaintiffs' motion for release of funds. (Dkt. No. 261). While not seeking to intervene under Federal Rule of Civil Procedure 24, the Wyatt Plaintiffs argue that they have a right to be heard as adverse claimants with an interest

2

in the Syrian funds in the Court's registry. The Wyatt Plaintiffs argue that this Court should not release the funds to the Gates Plaintiffs because of the Gates Plaintiffs allegedly did not comply with the FSIA's procedures for providing notice of default judgments to sovereigns against whom default had been entered. *See* 28 U.S.C. 1608(e). Thus, the Wyatt Plaintiffs argue, the Gates Plaintiffs' default judgment is unenforceable.

## DISCUSSION

### A.    The Gates Plaintiffs' motion to release funds is granted

In accordance with the mandate of the Seventh Circuit, the Court grants the Gates Plaintiffs' motion to release funds from the Court's registry. The Gates Plaintiffs are directed to advise the Court whether the proposed order attached their August 7, 2014 motion (Dkt. No. 251-3) remains appropriate given the litigation that has taken place subsequent to their motion.

### B.    The Seventh Circuit's mandate resolves any question of § 1608(e) compliance

Both the Gates and Wyatt Plaintiffs have put forward a variety of arguments related to the propriety of the Wyatt Plaintiffs' presence in this case.[1] The Court need not resolve these arguments because the Wyatt Plaintiffs' argument fails on the merits. The Seventh Circuit's mandate puts the Gates Plaintiffs' compliance with the notice provisions of § 1608(e) beyond doubt. The Wyatt Plaintiffs' argue that the Court should read an implied caveat into the Seventh Circuit's clear mandate. The Wyatt Plaintiffs attack the enforceability of the District Court for the District of Columbia's order entering default judgment in favor of the Gates Plaintiffs. The Wyatt Plaintiffs allege that the Gates Plaintiffs have not complied with the 28 U.S.C. § 1608(e),

---

[1] The Gates Plaintiffs argue that the Wyatt Plaintiffs lack prudential, but not Article III, standing to assert Syria's right to notice under § 1608(e) and that their intervention was improper. The Wyatt Plaintiffs argue that their presence here is appropriate under an Illinois statute, made applicable by Fed. R. Civ. P. 69, that allows adverse claimants to appear as a matter of right in garnishment proceedings.

which prescribes the manner in which parties who seek default judgments against foreign sovereigns must provide notice of that default. The argument fails because the Seventh Circuit has already resolved it in the Gates Plaintiffs' favor.

The Court may not reconsider "on remand an issue expressly or impliedly decided by a higher court absent certain circumstances." *United States v. Adams*, 746 F.3d 734, 744 (7th Cir. 2014) (quoting *United States v. Polland*, 56 F.3d 776, 779 (7th Cir. 1995)). The Seventh Circuit affirmed the Court's turnover orders, stating in no uncertain terms that the "Gates [P]laintiffs have complied with the requirements of FSIA and have established a priority lien on the Syrian funds at issue in these appeals." *Gates* , 755 F.3d at 580-81 (7th Cir. 2014). The Seventh Circuit did not equivocate, but instead affirmed this Court's order to distribute the funds to the Gates Plaintiffs. *See id.* ("we AFFIRM both of the district court's order to have Syrian assets turned over to the Gates plaintiffs").

The Seventh Circuit found specifically that the Gates Plaintiffs had complied with 28 U.S.C. § 1610(c), which by its terms requires compliance with § 1608(e). *See id.* at 577 ("the Gates plaintiffs complied with § 1610(c) in the District of Columbia") Section 1610(c) requires the court to determine that notice required under § 1608(e) has been provided. The Wyatt Plaintiffs do not dispute that the Gates Plaintiffs possess a § 1610(c) order from the District of Columbia. That order allows the Gates Plaintiffs to "pursue specific attachments without worry over any lingering § 1610(c) requirements." *Id.* (citation omitted). The Wyatt Plaintiffs attack directly a § 1610(c) requirement about which the Seventh Circuit was clear that there is to be no lingering doubt. For this Court to hold otherwise would be to contravene directly a clear directive of the Seventh Circuit. Therefore, the Court finds that the Seventh Circuit's mandate conclusively puts to rest any doubts as to the Gates Plaintiffs' compliance with § 1608(e).

### C.  The Wyatt Plaintiffs' (14 C 6161) complaint is dismissed with prejudice

The Wyatt Plaintiffs have filed a parallel action seeking disbursement of the funds subject to the turnover orders in the Gates Plaintiffs' favor.  "Priority of competing liens is determined based on the order in which the competing liens were obtained." *Gates*, 755 F.3d at 573 (citing *Fed. Nat'l Mortgage Ass'n v. Kuipers*, 732 N.E.2d 723, 726 (Ill. App. Ct. 2000).  The Gates Plaintiffs obtained and perfected a lien on the Syrian funds held in JP Morgan Chase Bank on December 8, 2011 when it served JP Morgan with a citation to discover assets.  They obtained and perfected a lien on electronic funds held by AT&T on February 9, 2012 when it served AT&T with a citation to discover assets.  *See Gates*, 755 F.3d at 568 ("Service of a citation to discover assets creates and perfects a lien under Illinois law at the time of service.") (citing 735 ILCS 5/2-1402(m)).  Assuming that the Wyatt Plaintiffs obtained a lien when they registered their judgment and served the Clerk of Court with a citation to discover assets, that lien is inferior to the Gates Plaintiffs' because the Gates Plaintiffs' lien was first in time.  The "FSIA does not provide a mechanism for distributing equitably among different victims any Syrian assets in the United States that are subject to attachment." *Id.* at 571.  Because the Gates Plaintiffs have a superior claim to the entirety of the funds sought by the Wyatt Plaintiffs, the Wyatt Plaintiffs' complaint seeks no relief that the Court can grant.  Thus, the Wyatt Plaintiffs' parallel action, 14 C 6161, is dismissed with prejudice.

### D.  Sanctions are Inappropriate

The Court declines to address the Gates Plaintiffs' request for sanctions, as it is improperly raised. *See* Fed. R. Civ. P. 11(c)(2) ("[a] motion for sanctions must be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b)").

## **CONCLUSION**

For the reasons stated herein, grants the Gates Plaintiffs' motion to release funds and dismisses the Wyatt Plaintiffs' complaint in 14 C 6161 with prejudice.

_____
Virginia M. Kendall
United States District Court Judge
Northern District of Illinois

Date:  October 22, 2014

APPEAL,PROTO

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-08715
## Internal Use Only

Gates et al v. Syrian Arab Republic
Assigned to: Honorable Virginia M. Kendall
related Cases: 1:11-cv-08913
              1:12-cv-01836
Case in other court:  13-02280
                    14-01452
Cause: Civil Miscellaneous Case

Date Filed: 12/08/2011
Date Terminated: 12/08/2011
Jury Demand: None
Nature of Suit: 999 Miscellaneous Cases
Jurisdiction: Diversity

**Plaintiff**

**Francis Gates**
*Individually, and as Administrator of
the Estate*
*estate of*
Olin Eugene "Ja Armstrong

represented by  **Elizabeth D. Sharp**
Law Offices of Elizabeth D. Sharp, P.C.

200 S. Wacker Drive
2300
Chicago, IL 60606
(312) 346-1726
Fax: (312) 346-2069
Email: lsharp@sharp-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Salter**
The Barnes Law Group, Llc
31 Atlanta St.
Marietta, GA 30060
(770) 227-6375
Email: john@barneslawgroup.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy E Barnes**
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
(770) 419-8505
Email: leigh@barneslawgroup.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pati Hensely**

represented by  **Elizabeth D. Sharp**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Salter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy E Barnes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara Hensley**      represented by    **Elizabeth D. Sharp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Salter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy E Barnes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan Smith**      represented by    **Elizabeth D. Sharp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Salter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roy E Barnes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JPMorgan Chase Bank, N.A.**      represented by    **Edward J. Lesniak**
Burke, Warren, MacKay & Serritella,
P.C.

330 North Wabash Avenue
22nd Floor
Chicago, IL 60611-3607
(312) 840-7000
Email: elesniak@burkelaw.com
*ATTORNEY TO BE NOTICED*

**Roy E Barnes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Syrian Arab Republic**
*Minister of Foreign Affairs, Syrian*
*Foreign Ministry*

**Defendant**

**Syrian Military Intelligence**

**Defendant**

**Bashar AL-Asad**
*President*

**Defendant**

**Asif Shawkat**
*General*

V.

**Respondent**

**AT&T Corp.**                    represented by   **Mark W. Lewis**
Legal Department--AT&T Services,
Inc.
225 West Randolph Street
25th Floor
Chicago, IL 60606
(312) 727-2345
Fax: (312) 629-5244
Email: mark.w.lewis@att.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**AT&T Services Inc.**            represented by   **Mark W. Lewis**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Respondent**

**JPMorgan Chase Bank, N.A.**          represented by   **James Kelley Nevling , Jr.**
Levi Lubarsky & Feigenbaum Llp
1185 Av Of The Americas
17th Floor
New York, NY 10036
(212) 308-6100
Email: knevling@llf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven B. Feigenbaum**
Levi Lubarsky & Feigenbaum Llp
1185 Avenue Of The Americas, 17th
Floor
New York, NY 10036
(212) 308-6330
Email: sfeigenbaum@llf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Barry Key**          represented by   **Robert Joseph Tolchin**
Berkman Law Office, Llc
111 Livingston Street
Suite 1928
Brooklyn, NY 11201
(718) 855-3627
Email: rtolchin@berkmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Bradley Key**          represented by   **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Daniel Wyatt**          represented by   **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Gina Wilson**          represented by   **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Claimant**

**Kimi Wilson Johns**      represented by  **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Marty Wilson**      represented by  **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Marvin Wilson**      represented by  **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Mary Wyatt**      represented by  **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Wyatt Schelles**      represented by  **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Michelle Wyatt Schelles**      represented by  **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Renetta T Wilson**      represented by  **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Patrick Scott Baker**      represented by  **Michael R. Dockterman**
Edwards Wildman Palmer LLP
225 West Wacker Drive
Suite 3000

Chicago, IL 60606-1229
(312) 201-2000
Email:
mdockterman@edwardswildman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
Edwards Wildman Palmer LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606-1229
312 201 2644
Email: epeters@edwardswildman.com
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
Edwards Wildman Palmer LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606-1229
(312)201-2635
Email: RJanney@edwardswildman.com

*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
Schopf & Weiss LLP
One South Wacker Drive
28th Floor
Chicago, IL 60606
(312) 701-9300
Email: sullivan@sw.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Jerry Baker**                                    represented by  **Michael R. Dockterman**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Elizabeth A. Peters**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Rana H Janney**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Teresa A Sullivan**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Lois Baker**       represented by    **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Craig Baker**       represented by    **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Stacie Baker**       represented by    **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rana H Janney**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Patricia A Henry**                    represented by   **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Valerie Peterson**                    represented by   **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Katharine D Doris**                    represented by   **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Paul G Peterson**      represented by  **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Michelle Y Holbrook**      represented by  **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Jackie Nink Pflug**      represented by  **Michael R. Dockterman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Rylma Nink**      represented by   **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Eugene Nink**      represented by   **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John F. Salter**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Gloria Nink**                    represented by   **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Mary Nink**                    represented by   **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Scott Pflug**                    represented by   **Michael R. Dockterman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Peters**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Rana H Janney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa A Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2011 | 1 | REGISTRATION of Foreign Judgment by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith from United States District Court of the District of Columbia, Case Number 06 CV 01500 (RMC); Judgment for Francis Gates, Individually and as Administrator of the Estate of Olin Eugene "Jack" Armstrong, Pati Hensely, Sara Hensley and Jan Smith and against Syrian Arab Republic in the amount of $1,051,377.00 - Economic Damages to the Estate of Jack Armstrong; $50,000,000.00 - Pain and Suffering to the Estate of Jack Armstrong; $150,000,000.00 - Punitive Damages to the Estate of Jack Armstrong; $3,000,000.00 - Solatium to Francis Gates; $1,500,000.00 - Solatium to Jan Smith; $1,358,210.00 - Economic Damages to the Estate of Jack Hensley; $50,000,000.00 - Pain and Suffering to the Estate of Jack Hensley; $150,000,000.00 - Punitive Damages to the Estate of Jack Hensley; $3,000,000.00 - Solatium to Pati Hensley; $3,000,000.00 - Salatium to Sara Hensley entered on 8/26/08. Filing fee $ 46. (smm) (Entered: 12/09/2011) |
| 12/08/2011 | 2 | CIVIL Cover Sheet. (smm) (Entered: 12/09/2011) |
| 12/08/2011 | 3 | ATTORNEY Appearance for Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith by Elizabeth D. Sharp. (smm) (Entered: 12/09/2011) |
| 12/08/2011 | 4 | EX PARTE EMERGENCY MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to file citation to discover assets and all related documents under seal (Exhibits). (smm) Modified on 3/2/2012 (meg, ). (Entered: 12/09/2011) |
| 12/08/2011 | 5 | MINUTE entry before Honorable George W. Lindberg:Ex parte emergency motion by plaintiffs, Francis Gates, Individually and as Administrator of the Estate of Olin Eugene "Jack" Armstrong, Pati Hensley, and Jan Smith, to file Citation to Discover Assets and all related documents under seal is granted. The citation to discover assets and related documents are ordered sealed until further order of the Court.Mailed notice (smm) (Entered: 12/09/2011) |
| 12/08/2011 | 6 | SEALED DOCUMENT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith. (RESTRICTED) (smm) (Entered: 12/09/2011) |
|  |  |  |

| | | | |
|---|---|---|---|
| 12/08/2011 | 🔒 | 7 | (Court only) RECEIPT regarding payment of filing fee paid on 12/8/2011 in the amount of $46.00, receipt number 4624071245. (smm) (Entered: 12/09/2011) |
| 12/08/2011 | 🔒 | | (Court only) ***Miscellaneous Case Terminated. (lcw, ) (Entered: 12/27/2011) |
| 12/12/2011 | | 8 | SEALED DOCUMENT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith (RESTRICTED). (smm) (Entered: 12/13/2011) |
| 12/20/2011 | | 9 | SEALED DOCUMENT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith (RESTRICTED). (smm) (Entered: 12/22/2011) |
| 01/05/2012 | | 10 | ATTORNEY Appearance for Plaintiff JPMorgan Chase Bank, N.A. by Edward J. Lesniak (Lesniak, Edward) (Entered: 01/05/2012) |
| 01/06/2012 | | 11 | SEALED MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *and Third party Citation Respondent for entry of Joint Stipulated Protective Order* (Attachments: # 1 Text of Proposed Order Parties' Joint Stipulated Protective Order)(Sharp, Elizabeth) (Entered: 01/06/2012) |
| 01/06/2012 | | 12 | NOTICE of Motion by Elizabeth D. Sharp for presentment of Sealed motion, 11 before Honorable George W. Lindberg on 1/18/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 01/06/2012) |
| 01/09/2012 | | 13 | MINUTE entry before Honorable George W. Lindberg: Joint Motion by plaintiffs and third-party respondent to citation to discover assets for entry of protective order 11 is denied without prejudice. As an initial matter, the instant motion should not have been filed as a restricted document in its entirety. A substantial portion of the instant motion does not constitute confidential or proprietary information. Plaintiffs are ordered to refile the instant motion as an unrestricted document. To the extent plaintiffs believe this motion contains confidential or proprietary information, they may redact that confidential or proprietary terms and file a redacted version of the motion on the public docket, and file an unredacted version as a restricted document. The same criteria applies to the proposed protective order. Any order this Court signs will become part of the public docket, in its entirety, unless plaintiffs specify specific terms of the order that they believe should be sealed. The protective order must also be signed by the parties prior to a request that it be entered by the Court. No appearance required on 1/18/2012 at 10:00 a.m. Mailed notice (meg, ) (Entered: 01/09/2012) |
| 01/12/2012 | | 14 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for protective order *and Third party Citation Respondent for entry of Joint Stipulated Protective Order* (Attachments: # 1 Text of Proposed Order Parties' Joint Stipulated Protective Order)(Sharp, Elizabeth) (Entered: 01/12/2012) |
| 01/12/2012 | | 15 | *Joint Plaintiffs' and Third Party Citation Respondent's* NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for protective order, 14 before Honorable George W. Lindberg on 1/18/2012 at 10:00 |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | AM. (Sharp, Elizabeth) (Entered: 01/12/2012)                                                                                                                                                                                                                                                                                                                                                 |
| 01/13/2012 | 16 | MINUTE entry before Honorable George W. Lindberg: Parties' joint motion for stipulated protective order 14 is granted. Enter Joint Stipulated Protective Order. No court appearance is required on 1/18/2012. (For Further Details See Separate Order). Mailed notice (meg, ) (Entered: 01/13/2012)                                                                                             |
| 01/13/2012 | 17 | JOINT STIPULATED PROTECTIVE Order. Signed by the Honorable George W. Lindberg on 1/13/2012. Mailed notice(meg, ) (Entered: 01/13/2012)                                                                                                                                                                                                                                                        |
| 01/17/2012 | 18 | RESPONSE by Plaintiff JPMorgan Chase Bank, N.A. to sealed document 6 (Lesniak, Edward) (Entered: 01/17/2012)                                                                                                                                                                                                                                                                                 |
| 02/06/2012 | 19 | DOCUMENT ENTERED IN ERROR.(Sharp, Elizabeth) (MAIN DOCUMENT) (meg, ). Text Modified by Clerk's Office on 2/7/2012 (meg, ). (Entered: 02/06/2012)                                                                                                                                                                                                                                              |
| 02/06/2012 | 20 | *Plaintiffs'* NOTICE of Motion by Elizabeth D. Sharp for presentment of plaintiff's motion for turnover of assets, 22 before Honorable George W. Lindberg on 2/15/2012 at 10:00 AM. (Sharp, Elizabeth) Text Modified by Clerk's Office on 2/7/2012 (meg, ). (Entered: 02/06/2012)                                                                                                              |
| 02/07/2012 | 21 | NOTICE of Correction regarding SEALED MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, JPMorgan Chase Bank, N.A., Jan Smith 19 (meg, ) (Entered: 02/07/2012)                                                                                                                                                                                                                   |
| 02/07/2012 | 22 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan SmithMotion for Turnover of Assets by Third-Party Citation Respondent (Attachments: # 1 Exhibit Ex. 1 Order, # 2 Exhibit Ex. 6 Case)(Sharp, Elizabeth) (Entered: 02/07/2012)                                                                                                                                              |
| 02/07/2012 | 23 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Confidential Exhibits 2, 3, 4 and 5* regarding MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan SmithMotion for Turnover of Assets by Third-Party Citation Respondent 22 (Attachments: # 1 Affidavit Ex 2- Affidavit and Ex. A, # 2 Exhibit Ex. 3- Confidential documents, # 3 Affidavit Ex 4- Affidavit, # 4 Exhibit Ex. 5- part 1, # 5 Exhibit Ex 5- part 2, # 6 Exhibit Ex 5- part 3, # 7 Exhibit Ex. 5- part 4)(Sharp, Elizabeth) (Entered: 02/07/2012) |
| 02/09/2012 | 24 | MINUTE entry before Honorable George W. Lindberg: Motion Hearing regarding plaintiffs' motion for turnover of assets 22 set for 2/15/2012 is stricken and reset to 2/16/2012 at 10:00 a.m. Mailed notice (meg, ) (Entered: 02/09/2012)                                                                                                                                                         |
| 02/10/2012 | 26 | MINUTE entry before Honorable George W. Lindberg: Plaintiffs' counsel is ordered to serve Defendant Syrian Arab Republic's attorney of record in the D.C. case with a copy of the initial motion for turnover of assets 22 as well as notice of the 2/16/2012 hearing date. Mailed notice (meg, ) (Entered: 02/10/2012)                                                                        |
|            |    |                                                                                                                                                                                                                                                                                                                                                                                             |

| | | |
|---|---|---|
| 02/10/2012 | 27 | CERTIFICATE certificat of service *on Counsel for Syrian Arab Republic in Case no. 06-CV-01500, Dist.of Columbia* (Sharp, Elizabeth) (Entered: 02/10/2012) |
| 02/13/2012 | 28 | ATTORNEY Appearance for Intervenor Parties Patrick Scott Baker, Jerry Baker, Lois Baker, Craig Baker, Stacie Baker, Patricia A Henry, Valerie Peterson, Katharine D Doris, Paul G Peterson, Michelle Y Holbrook, Jackie Nink Pflug, Rylma Nink, Eugene Nink, Gloria Nink, Mary Nink, Scott Pflug by Elizabeth A. Peters (Peters, Elizabeth) (Entered: 02/13/2012) |
| 02/13/2012 | 29 | MOTION by Intervenor Parties Jerry Baker, Michelle Y Holbrook, Scott Pflug, Patricia A Henry, Lois Baker, Paul G Peterson, Craig Baker, Stacie Baker, Rylma Nink, Gloria Nink, Jackie Nink Pflug, Katharine D Doris, Patrick Scott Baker, Valerie Peterson, Mary Nink, Eugene Nink to intervene (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Peters, Elizabeth) (Entered: 02/13/2012) |
| 02/14/2012 | 30 | NOTICE of Motion by Elizabeth A. Peters for presentment of motion to intervene, 29 before Honorable George W. Lindberg on 2/16/2012 at 10:00 AM. (Peters, Elizabeth) (Entered: 02/14/2012) |
| 02/15/2012 | 31 | RESPONSE by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to MOTION by Intervenor Parties Jerry Baker, Michelle Y Holbrook, Scott Pflug, Patricia A Henry, Lois Baker, Paul G Peterson, Craig Baker, Stacie Baker, Rylma Nink, Gloria Nink, Jackie Nink Pflug, Katharine D Doris, Patrick Scott Baker, Valerie Peterson, M 29 *and Brief further in support of Plaintiffs" Motion for Turnover* (Attachments: # 1 Affidavit Ex. 1 Process Server's Affidavit of Service of T/P Citation on JPMCB on 12/8/11, # 2 Exhibit Ex. 2-Case, # 3 Exhibit Ex. 3-Copy of Baker Case Pleading)(Sharp, Elizabeth) (Entered: 02/15/2012) |
| 02/15/2012 | 32 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6839339. (Salter, John) (Entered: 02/15/2012) |
| 02/15/2012 | 33 | MINUTE entry before Honorable George W. Lindberg: Plaintiff' application for attorney John F. Salter to appear pro hac vice 32 is granted. Mailed notice (meg, ) (Entered: 02/15/2012) |
| 02/15/2012 | 34 | MINUTE entry before Honorable George W. Lindberg: Baker Parties' Motion to Intervene 29 is granted in part and denied in part. The Baker parties are granted permissive intervention in this case pursuant to Fed.R.Civ.P. 24(b)(1)(B). The Court further notes that the Barker parties' citation to Levin v. Bank of New York, No. 09-5900, 2011 WL 812032 (S.D.N.Y., Mar. 4, 2011) does not support their statement that "[i]n order for a judgment to be enforced against a foreign sovereign, it is necessary for the district court in each federal district where plaintiffs initiate enforcement proceedings to enter an order pursuant to 28 U.S.C. § 1610(c)." To the contrary, the court in Levin appeared to find that a single order pursuant to 28 U.S.C. § 1610(c) from any federal court was sufficient to allow a judgment creditor to initiate |

| | | |
|---|---|---|
| | | supplemental citation proceedings. See Levin, 2011 WL 812032 at *11. Mailed notice (meg, ) (Entered: 02/15/2012) |
| 02/15/2012 | 35 | EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Revised Exhibit 3 of copy of Baker case pleading with all pages* regarding response to motion,, 31 (Sharp, Elizabeth) (Entered: 02/15/2012) |
| 02/16/2012 | 36 | ATTORNEY Appearance for Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug by Michael R. Dockterman (Dockterman, Michael) (Entered: 02/16/2012) |
| 02/16/2012 | 37 | CERTIFICATE of Service by John F. Salter on behalf of All Plaintiffs (Salter, John) (Entered: 02/16/2012) |
| 02/16/2012 | 38 | MINUTE entry before Honorable George W. Lindberg: Hearing held. Plaintiffs' initial motion for turnover of assets by third-party citation respondent, J.P. Morgan Chase Bank, N.A. ("Chase") 22 is entered and continued to 3/14/2012 at 10:00 a.m. The Baker parties' brief regarding the priority of their claims vis-a-vis the claims of the Gates plaintiffs is due 2/22/2012. Response due 2/29/2012. No reply ordered. Any response by Chase to the initial motion for turnover order, or a position on the priority of the various parties' claims is due 2/29/2012. The Court may issue a ruling on the priority of the parties' claims and/or the motion for turnover order prior to the 3/14/2012 hearing date. Mailed notice (meg, ) (Entered: 02/16/2012) |
| 02/22/2012 | 39 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Second Motion for Turnover of Assets from JPMCB* (Attachments: # 1 Exhibit Ex. 1 Order, # 2 Affidavit Ex 3 Affidavit of Process server, # 3 Exhibit Ex. 6- Case, # 4 Exhibit Ex 7- Copy of Order)(Sharp, Elizabeth) (Entered: 02/22/2012) |
| 02/22/2012 | 40 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for release of funds, 39 before Honorable George W. Lindberg on 2/29/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 02/22/2012) |
| 02/22/2012 | 41 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Sealed Ex. 2* regarding MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Second Motion for Turnover of Assets from JPMCB* 39 (Sharp, Elizabeth) (Entered: 02/22/2012) |
| 02/22/2012 | 42 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Sealed Ex. 4* regarding MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Second Motion for Turnover of Assets from JPMCB* 39 (Sharp, Elizabeth) (Entered: 02/22/2012) |
| 02/22/2012 | 43 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara |

|  |  | Hensley, Jan Smith *Sealed Ex. 5* (Sharp, Elizabeth) (Entered: 02/22/2012) |
| --- | --- | --- |
| 02/22/2012 | 44 | MEMORANDUM *in Support of Gates Plaintiffs' Second Motion for Turnover of Assets from JPMCB* (Sharp, Elizabeth) (Entered: 02/22/2012) |
| 02/22/2012 | 45 | MEMORANDUM by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug *Regarding Priority of Claims* (Attachments: # 1 Exhibit A)(Peters, Elizabeth) (Entered: 02/22/2012) |
| 02/23/2012 | 46 | INTERVENOR complaint filed by Jerry Baker, Michelle Y Holbrook, Scott Pflug, Patricia A Henry, Lois Baker, Paul G Peterson, Craig Baker, Stacie Baker, Rylma Nink, Gloria Nink, Jackie Nink Pflug, Katharine D Doris, Patrick Scott Baker, Valerie Peterson, Mary Nink, Eugene Nink against Francis Gates, Pati Hensely, Sara Hensley, Jan Smith, Syrian Arab Republic(Peters, Elizabeth) (Entered: 02/23/2012) |
| 02/23/2012 | 47 | Third Party Citation to Discover Assets by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith (Sharp, Elizabeth) (Entered: 02/23/2012) |
| 02/23/2012 | 48 | AFFIDAVIT of Arron Willoughby, LaSalle Process Servers regarding other 47 *Service of Third Party Citation to Discover Assets* (Sharp, Elizabeth) (Entered: 02/23/2012) |
| 02/23/2012 | 49 | Notice to Judgement Debtor, Syrian Arab Republic, of Third Party Citation to Discover Assets by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith (Sharp, Elizabeth) (Entered: 02/23/2012) |
| 02/23/2012 | 50 | Third Party Citation to Discover Assets by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith (Sharp, Elizabeth) (Entered: 02/23/2012) |
| 02/23/2012 | 51 | AFFIDAVIT of Aaron Willoughby, LaSalle Process Servers regarding other 50 *Service of Third Party Citation to Discover Assets* (Sharp, Elizabeth) (Entered: 02/23/2012) |
| 02/23/2012 | 52 | Notice to Judgement Debtor, Syrian Arab Republic, of Third Party Citation to Discover Assets by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith (Sharp, Elizabeth) (Entered: 02/23/2012) |
| 02/28/2012 | 53 | MINUTE entry before Honorable George W. Lindberg: Gates plaintiffs' second motion for motion for turnover of assets from third-party citation respondent, JP Morgan Chase Bank, N.A. 39 is entered an continued. Objection to this motion are due 3/14/2012. No appearance required on 2/29/2012 at 10:00 a.m. Mailed notice (meg, ) (Entered: 02/28/2012) |
| 02/28/2012 | 54 | REPLY by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to response to motion,, 31 (Salter, John) (Entered: 02/28/2012) |
| 02/28/2012 | 55 | ATTORNEY Appearance for Respondents AT&T Corp., AT&T |

| | | |
|---|---|---|
| | | Services Inc. by Mark W. Lewis (Attachments: # 1 Exhibit Notification as to Affiliates)(Lewis, Mark) (Entered: 02/28/2012) |
| 02/29/2012 | 56 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Initial Motion for Turnover of Assets From Third-Party Citation Respondents AT&T Corp and AT&T Services, Inc.* (Attachments: # 1 Exhibit Ex. 1 Order entered 8/23/11 under 28 USC 1610(c))(Sharp, Elizabeth) (Entered: 02/29/2012) |
| 02/29/2012 | 57 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for release of funds, 56 before Honorable George W. Lindberg on 3/7/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 02/29/2012) |
| 02/29/2012 | 58 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Confidential and Sealed Exhibit 2* regarding MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Initial Motion for Turnover of Assets From Third-Party Citation Respondents AT&T Corp and AT&T Services, Inc.* 56 (Sharp, Elizabeth) (Entered: 02/29/2012) |
| 02/29/2012 | 59 | RESPONSE by JPMorgan Chase Bank, N.A. to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan SmithMotion for Turnover of Assets by Third-Party Citation Respondent 22 (Lesniak, Edward) (Entered: 02/29/2012) |
| 03/02/2012 | 60 | MOTION by Respondents AT&T Corp., AT&T Services Inc., Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for protective order *Joint Plaintiffs and Third Party Citation Respondents AT&T Corp and AT&T Services* (Attachments: # 1 Text of Proposed Order Ex 1- Proposed Protective Order)(Sharp, Elizabeth) (Entered: 03/02/2012) |
| 03/02/2012 | 61 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for protective order, 60 before Honorable George W. Lindberg on 3/7/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 03/02/2012) |
| 03/02/2012 | 62 | MINUTE entry before Honorable George W. Lindberg: Joint motion by plaintiffs and third-party respondents AT&T Corp. and AT&T Services, Inc. to third-party citations to discover assets for entry of protective order 60 is granted. No appearance required on 3/7/2012 at 10:00 a.m. Plaintiffs are ordered to submit a Word Perfect version the agreed protective order to the Court's e-filing box. Mailed notice (meg, ) (Entered: 03/02/2012) |
| 03/02/2012 | 63 | MINUTE entry before Honorable George W. Lindberg: Plaintiffs' initial motion for turnover of assets from third-party citation respondents, AT&T Corp. and AT&T Services, Inc. 56 is entered and continued. No appearance required on 3/7/2012 at 10:00 a.m. Written responses or objections to the motion are due 3/14/2012. Mailed notice (meg, ) (Entered: 03/02/2012) |
| 03/05/2012 | 64 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan |

| | | Smith for leave to file *Unopposed Motion to file Reply to Third-Party Citation Respondent JPMCB's Response* (Attachments: # 1 Exhibit Ex A- Proposed Reply Brief)(Sharp, Elizabeth) (Entered: 03/05/2012) |
|---|---|---|
| 03/05/2012 | 65 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for leave to file, 64 before Honorable George W. Lindberg on 3/14/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 03/05/2012) |
| 03/05/2012 | 66 | EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Draft Proposed Gates Plaintiffs' Reply Brief* regarding MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for leave to file *Unopposed Motion to file Reply to Third-Party Citation Respondent JPMCB's Response* 64 (Sharp, Elizabeth) (Entered: 03/05/2012) |
| 03/05/2012 | 67 | MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug for leave to file *Reply in Support of Intervenors' Memorandum Regarding Priority of Claims* (Attachments: # 1 Exhibit A)(Peters, Elizabeth) (Entered: 03/05/2012) |
| 03/05/2012 | 68 | NOTICE of Motion by Elizabeth A. Peters for presentment of motion for leave to file, 67 before Honorable George W. Lindberg on 3/14/2012 at 10:00 AM. (Peters, Elizabeth) (Entered: 03/05/2012) |
| 03/05/2012 | 71 | MINUTE entry before Honorable George W. Lindberg: Enter Parties' Joint Stipulated Protective Order. (For Further Details See Separate Order). Mailed notice (meg, ) (Entered: 03/06/2012) |
| 03/05/2012 | 72 | PARTIES' JOINT STIPULATED PROTECTIVE Order. Signed by the Honorable George W. Lindberg on 3/5/2012. Mailed notice(meg, ) (Entered: 03/06/2012) |
| 03/06/2012 | 69 | MINUTE entry before Honorable George W. Lindberg: Status hearing set for 3/7/2012 at 10:00 a.m. Mailed notice (meg, ) (Entered: 03/06/2012) |
| 03/06/2012 | 70 | MINUTE entry before Honorable George W. Lindberg: Intervenors' motion for leave to file reply in support of intervenors' memorandum regarding priority of claims and in opposition to the Gates plaintiffs' initial motion for turnover of assets 67 is granted. The Court notes that the Baker plaintiffs do not cite to any new case law in their reply. The Baker plaintiffs are ordered to file their reply as a separate, independent docket entry. Unopposed motion of Gates plaintiffs for leave to file reply to third-party citation respondent JPMorgan Chase Bank N.A.'s response and in further support of Gates plaintiffs' initial motion for turnover to JPMorgan Chase Bank, N.A. 64 is granted. The Gates plaintiffs are ordered to file their reply as a separate, independent docket entry. All parties are ordered not to submit any further filings until after the status hearing scheduled for 3/7/2012 at 10:00 a.m. Mailed notice(meg, ) (meg, ). (Entered: 03/06/2012) |

| | | |
|---|---|---|
| 03/07/2012 | 73 | MINUTE entry before Honorable George W. Lindberg: Enter Memorandum Opinion and Order. (Further Details See Separate Order).Mailed notice (meg, ) (Entered: 03/07/2012) |
| 03/07/2012 | 74 | MEMORANDUM OPINION AND ORDER. Signed by the Honorable George W. Lindberg on 3/7/2012. Mailed notice(meg, ) (Main Document 74 replaced on 3/7/2012) (meg, ). Modified on 3/7/2012 (meg, ). (Entered: 03/07/2012) |
| 03/07/2012 | 75 | MINUTE entry before Honorable George W. Lindberg: Status hearing held. The stay related to filings by the parties is lifted. The Baker plaintiffs are granted leave to file a motion seeking certification of an issue for interlocutory appeal. Mailed notice (meg, ) (Entered: 03/07/2012) |
| 03/07/2012 | 76 | REPLY by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan SmithMotion for Turnover of Assets by Third-Party Citation Respondent 22 *and in opposition to Response filed by JPMCB to Initial Motion for Turnover to JPMCB* (Attachments: # 1 Exhibit Ex 1- copy of Rubin case, # 2 Exhibit Ex 2-Copy of Hausler case)(Sharp, Elizabeth) (Entered: 03/07/2012) |
| 03/09/2012 | 77 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Second Motion for Turnover of Assets from AT&T* (Sharp, Elizabeth) (Entered: 03/09/2012) |
| 03/09/2012 | 78 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for release of funds 77 before Honorable George W. Lindberg on 3/21/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 03/09/2012) |
| 03/09/2012 | 79 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith regarding MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Second Motion for Turnover of Assets from AT&T* 77 (Sharp, Elizabeth) (Entered: 03/09/2012) |
| 03/09/2012 | 81 | MINUTE entry before Honorable George W. Lindberg: Gates plaintiffs' second motion for motion for turnover of assets from third-party citation respondent, JP Morgan Chase Bank, N.A. 39 is denied for the same reason the first motion for turnover of assets 22 was denied, the citation to discover assets that is the basis for the request for a turnover order was directed solely toward Chase. As the Court previously found, the Gates plaintiffs cannot attach and execute upon funds via a motion for turnover order solely directed toward Chase. Mailed notice (meg, ) (Entered: 03/09/2012) |
| 03/14/2012 | 82 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for reconsideration regarding order on motion for release of funds,,, terminate hearings,,, text entry,, 81 *Motion to Reconsider Order of March 9, 2012 concerning Gates Plaintiffs' Second JPMCB Turnover Motion* (Attachments: # 1 Exhibit Ex. 1 Copy of case, # 2 Exhibit Ex.2-Copy of case, # 3 Exhibit Ex. 3- Copy of case)(Sharp, Elizabeth) |

| | | (Entered: 03/14/2012) |
|---|---|---|
| 03/14/2012 | 83 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for reconsideration,, motion for relief,,,,, 82 before Honorable George W. Lindberg on 3/21/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 03/14/2012) |
| 03/14/2012 | 84 | RESPONSE by JPMorgan Chase Bank, N.A. to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Initial Motion for Turnover of Assets From Third-Party Citation Respondents AT&T Corp and AT&T Services, Inc.* 56 (Lesniak, Edward) (Entered: 03/14/2012) |
| 03/14/2012 | 85 | MOTION by Respondent AT&T Corp. to reassign case (Attachments: # 1 Exhibit A)(Lewis, Mark) (Entered: 03/14/2012) |
| 03/14/2012 | 86 | NOTICE of Motion by Mark W. Lewis for presentment of motion to reassign case 85 before Honorable George W. Lindberg on 3/21/2012 at 10:00 AM. (Lewis, Mark) (Entered: 03/14/2012) |
| 03/14/2012 | 87 | RESPONSE by AT&T Corp., AT&T Services Inc. to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Initial Motion for Turnover of Assets From Third-Party Citation Respondents AT&T Corp and AT&T Services, Inc.* 56 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Lewis, Mark) (Entered: 03/14/2012) |
| 03/14/2012 | 88 | MEMORANDUM by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug in Opposition to motion for release of funds, 56 (Attachments: # 1 Exhibit A)(Peters, Elizabeth) (Entered: 03/14/2012) |
| 03/14/2012 | 89 | MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug for certificate of appealability *Motion for Certification of an Issue for Interlocutory Appeal Pursuant to 28 U.S.C. 1292(b)* (Peters, Elizabeth) (Entered: 03/14/2012) |
| 03/14/2012 | 90 | MEMORANDUM by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug in support of motion for certificate of appealability, 89 *Memorandum of Law in Support of Intervenors' Motion for Certification of an Issue for Interlocutory Appeal Pursuant to 28 U.S.C. 1292(b)* (Attachments: # 1 Exhibit A)(Peters, Elizabeth) (Entered: 03/14/2012) |
| 03/14/2012 | 91 | NOTICE of Motion by Elizabeth A. Peters for presentment of motion for certificate of appealability, 89 before Honorable George W. |

| | | |
|---|---|---|
| | | Lindberg on 3/21/2012 at 10:00 AM. (Peters, Elizabeth) (Entered: 03/14/2012) |
| 03/15/2012 | 92 | MINUTE entry before Honorable George W. Lindberg: AT&T's motion for reassignment based upon relatedness 85 is granted. Pursuant to Local Rule 40.4, this Court finds that Case No. 12-CV-1836 is related to Case No. 11-CV-8715 and Case No. 11-CV-8913 and that Case No. 12-CV-1836 should be reassigned to this Court's calendar. Mailed notice (meg, ) (Entered: 03/15/2012) |
| 03/15/2012 | 93 | MINUTE entry before Honorable George W. Lindberg: Intervenors' motion for certification of an issue for interlocutory appeal pursuant to 28 U.S.C. 1292(b) 89 is granted. The Court certifies its March 7, 2010 Memorandum Opinion and Order for interlocutory review on the issue of whether a judgment creditor holding a judgment against a foreign sovereign must obtain an order under 28 U.S.C. 1610(c) in each judicial district in which it registers an underlying judgment against a foreign sovereign as a prerequisite to pursuing enforcement of the underlying judgment against the assets of the foreign sovereign located within that judicial district. This Court found that successive 1610(c) orders are not necessary. Intervenors argue that successive 1610(c) orders are necessary. The Court finds that its interpretation of 28 U.S.C. 1610(c) presents a controlling question of law, there is a substantial ground for difference of opinion regarding the interpretation of 1610(c), and the resolution of the 1610(c) issue may materially advance the ultimate termination of this litigation. See Sterk v. Redbox Automated Retail, LLC, 2012 WL 695638 (7th Cir. Mar. 6, 2012). Mailed notice (meg, ) (Entered: 03/15/2012) |
| 03/15/2012 | 94 | MINUTE entry before Honorable George W. Lindberg: Gates plaintiffs' motion for reconsideration concerning Court's order of March 9, 2012 with respect to the Gates plaintiffs' second motion for turnover of assets from third-party citation respondent, JP Morgan Chase Bank, N.A. 82 is granted. The Court's March 9, 2012 minute order 81 is vacated. Objections and responses to the Gates plaintiffs' second motion for turnover of assets from JP Morgan Chase Bank, N.A. 39 are due 3/23/2012. Mailed notice (meg, ) (Entered: 03/15/2012) |
| 03/15/2012 | 🔒 | (Court only) Related cases: Create association to 1:12-cv-01836. (smm) (Entered: 03/16/2012) |
| 03/20/2012 | 95 | MINUTE entry before Honorable George W. Lindberg: Plaintiffs' second motion for turnover of assets from third-party citation respondents, AT&T Corp. and AT&T Services, Inc. 77 is entered and continued. Any responses or objections to the motion are due 4/3/12. Replies if necessary are due 4/10/12. No appearance required on 3/21/12 at 10:00 a.m. Mailed notice (air, ) (Entered: 03/20/2012) |
| 03/23/2012 | 96 | RESPONSE by Respondent JPMorgan Chase Bank, N.A. *to Plaintiffs' Second Motion for Turnover* (Lesniak, Edward) (Entered: 03/23/2012) |
| 03/23/2012 | 97 | MEMORANDUM by Craig Baker, Jerry Baker, Lois Baker, Patrick |

| | | |
|---|---|---|
| | | Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug in Opposition to motion for release of funds 77 *Memorandum in Opposition to Document 39* (Peters, Elizabeth) (Entered: 03/23/2012) |
| 03/27/2012 | 98 | SEALED DOCUMENT by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug *Intervenors' Memorandum in Opposition to Gates Plaintiffs' Second Motion for Turnover of Assets from Third-Party Citation Respondent JP Morgan Chase Bank, N.A.* (Peters, Elizabeth) (Entered: 03/27/2012) |
| 04/03/2012 | 99 | RESPONSE by AT&T Corp., AT&T Services Inc. to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Gates Plaintiffs' Second Motion for Turnover of Assets from AT&T 77* (Lewis, Mark) (Entered: 04/03/2012) |
| 04/03/2012 | 100 | MEMORANDUM by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug in Opposition to motion for release of funds 77 (Peters, Elizabeth) (Entered: 04/03/2012) |
| 04/09/2012 | 101 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for leave to file *Gates Plaintiff's Unopposed Motion for Leave to file Reply Brief in Support of Second JPMCB Turnover Motion (DE 39)* (Sharp, Elizabeth) (Entered: 04/09/2012) |
| 04/09/2012 | 102 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for leave to file 101 before Honorable George W. Lindberg on 4/18/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 04/09/2012) |
| 04/10/2012 | 103 | REPLY by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to response to motion 99 *and further in Support of Gates' AT&T Turnover Motions DE 56 and 77* (Attachments: # 1 Exhibit Ex. 2- Rubin Case, # 2 Exhibit Ex. 3- Hausler Case, # 3 Exhibit Ex. 4- Winters Case)(Sharp, Elizabeth) (Entered: 04/10/2012) |
| 04/10/2012 | 104 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *Sealed Ex. 1 to Gates Reply in Support of AT&T Turnover Motions DE 56 and 77* regarding reply to response to motion, 103 (Sharp, Elizabeth) (Entered: 04/10/2012) |
| 04/16/2012 | 105 | MINUTE entry before Honorable George W. Lindberg: Unopposed motion of Gates plaintiffs for leave to file reply to third-party citation respondent JPMorgan Chase Bank, N,A's Response and in further support of Gates plaintiffs' second motion for turnover to JPMorgan Chase Bank, N.A. 101 is granted. The Gates plaintiffs can file their reply brief on or before 4/19/2012. No appearance required on |

| | | 4/18/2012. Mailed notice (meg, ) (Entered: 04/16/2012) |
|---|---|---|
| 04/19/2012 | 106 | REPLY by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *Second Motion for Turnover of Assets from JPMCB* 39 , Response 96 (Attachments: # 1 Exhibit Ex 1- Broaddus case, # 2 Exhibit Ex. 2- Levin case, # 3 Exhibit Ex 3-Hausler II case, # 4 Exhibit Ex. 4- Hill case, # 5 Exhibit Ex 5- Citizens Financial case, # 6 Exhibit Ex. 6- Calderon case)(Sharp, Elizabeth) (Entered: 04/19/2012) |
| 04/23/2012 | 107 | MOTION by Respondent JPMorgan Chase Bank, N.A. to reassign case *based upon relatedness* (Lesniak, Edward) (Entered: 04/23/2012) |
| 04/30/2012 | 108 | MINUTE entry before Honorable George W. Lindberg: JPMorgan Chase Bank, N.A.'s motion for reassignment based upon relatedness 107 is granted. Pursuant to Local Rule 40.4, Case No. 12 C 2983 is related to Case Nos. 11 C 8715 and 11 C 8913 and should be reassigned to this Court's calendar. Mailed notice (meg, ) (Entered: 04/30/2012) |
| 04/30/2012 | 🔒 | (Court only) Related cases: Create association to 1:12-cv-02983. (smm) (Entered: 05/01/2012) |
| 05/04/2012 | 109 | CERTIFIED Copy of ORDER from USCA no. 12-8008. The following are before the court: 1. Intervenors' petition for leave to appeal pursuant to 28 U.S.C. Section 1292(b), filed on 3/26/12, by counsel for the petitioners. Gates Plaintiffs' response to the Bake parties' petition for leave to appeal, filed on 4/30/12, by counsel for respondents Francis Gates, Pati Hensely, and Sara Hensley. 3. Intervenors' supplement to petition for leave to appeal pursuant to 28 U.S.C. Section 1292(b), filed on 4/30/12, by counsel for the petitioners. IT IS ORDERED that #1 is DENIED. Interlocutory appeal under 28 U.S.C. Section 1292(b) is appropriate when resolution of the issue presented will materially advance the disposition of the litigation. Accepting Banker parties' petition for interlocutory appeal might cause delay in the resolution of the interpleader actions currently pending in the district court. And any question about 28 U.S.C. Section 1610(c) can be resolved on appeal from the final decision. We urge the district court to resolve the interpleader actions with dispatch. (smm, ) (Entered: 05/07/2012) |
| 06/15/2012 | 110 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for extension of time *of Third Party Citation to Discover Assets to JPMCB* (Sharp, Elizabeth) (Entered: 06/15/2012) |
| 06/15/2012 | 111 | NOTICE of Motion by Elizabeth D. Sharp for presentment of extension of time 110 before Honorable George W. Lindberg on 6/27/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 06/15/2012) |
| 06/20/2012 | 112 | MINUTE entry before Honorable George W. Lindberg: Gates plaintiffs' unopposed motion to extend third party citation to discover assets against third-party citation respondent, JP Morgan Chase Bank, N.A. 110 is granted. The citation proceeding is extended until 1/5/2013 or further order of the Court. Mailed notice (meg, ) (Entered: |

| | | 06/20/2012) |
|---|---|---|
| 08/14/2012 | [113](#) | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for extension of time *of Third Party Citation to Discover Assets to AT&T Corp.* (Sharp, Elizabeth) (Entered: 08/14/2012) |
| 08/14/2012 | [114](#) | NOTICE of Motion by Elizabeth D. Sharp for presentment of extension of time [113](#) before Honorable George W. Lindberg on 8/22/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 08/14/2012) |
| 08/17/2012 | [115](#) | MINUTE entry before Honorable George W. Lindberg: Gates plaintiff's unopposed motion to extend third party citation to discover assets against third party respondent AT&T [113](#) is granted. The third-party citation proceeding against AT&T is extended to 2/28/2013. No court appearance is required on 8/22/2012. Mailed notice (meg, ) (Entered: 08/17/2012) |
| 08/27/2012 | [116](#) | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Amy J. St. Eve for all further proceedings. It appearing that related cases 11 C 8715, Gates, et al., v. Syrian Arab Republic, 11 C 8913, Baker, et al., v. Syrian Arab Republic, et al., 12 C 1836, AT&T Corp. v. Gates, et al., and 12 C 2983, JP Morgan Chase Bank v. Gates, et al., are currently assigned to the Hon. George W. Lindberg; and It further appearing that Judge Lindberg has requested that these related cases be reassigned to another judge of this Court pursuant to 28 USC Section 294(b); therefore It is hereby ordered that 11 C 8715, Gates, et al., v. Syrian Arab Republic, 11 C 8913, Baker, et al. Syrian Arab Replublic, et al., 12 C 1836, AT&T Corp. v. Gates, et al., and 12 C 2983, JP Morgan Chase Bank v. Gates, et al., are to be reassigned by lot to another judge of this Court. Signed by Executive Committee on 8/27/12.(smm) (Entered: 08/29/2012) |
| 08/30/2012 | [117](#) | EXECUTIVE COMMITTEE ORDER: It appearing that related cases 11 C 8715, Gates, et al. v. Syrian Arab Republic. 11 C 8913, Baker, et al. v. Syrian Arab Republic, et al., 12 C 1836, AT&T Corp. v. Gates, et al., and 12 C 2983, JP Morgan Chase Bank v. Gates, et al., are currently assigned to the Hon. Amy J. St. Eve; and It further appearing that Judge St. Eve has recused herself from presiding over these related cases because she owns stock in JP Morgan Chase Bank; therefore It is hereby ordered that 11 C 8715, Gates, et al. v. Syrian Arab Republic. 11 C 8913, Baker, et al. v. Syrian Arab Republic, et al., 12 C 1836, AT&T Corp. v. Gates, et al., and 12 C 2983, JP Morgan Chase Bank v. Gates, et al., are to be reassigned by lot to another judge of this Court. Case reassigned to the Honorable Virginia M. Kendall for all further proceedings. Signed by Executive Committee on 8/30/12. (ef, ) (Entered: 08/30/2012) |
| 09/19/2012 | [118](#) | MINUTE entry before Honorable Virginia M. Kendall:This case, having been reassigned to the calendar of the Honorable Virginia M. Kendall, status hearing set for 10/10/2012 at 09:00 AM.Mailed notice (tsa, ) (Entered: 09/19/2012) |
| | | |

| | | |
|---|---|---|
| 09/28/2012 | 119 | MINUTE entry before Honorable Virginia M. Kendall:Enter Memorandum, Opinion and Order: Plaintiffs' motions for turnover 56 , 77 are granted in accordance with the directions provided in the written memorandum opinion (filed under seal). The Gates Plaintiff, AT&T, and JPMCB shall provide the Court with an agreed turnover order in accordance with those directions. Following entry of such agreed order, AT&T's Interpleader Complaint in Case No. 12 C 1836 shall be dismissed as moot. The parties shall appear at the status on 10/10/2012 at 9:00 A.M., and be prepared to discuss with the Court the status of this case and the related cases as well as provide positions regarding redactions to the memorandum opinion to permit the Court to file an appropriately redacted version as a public document. (For further detail see separate order(s).)Mailed notice (smm) (Entered: 09/28/2012) |
| 09/28/2012 | 121 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for Plaintiffs' Counsel, John Salter, to participate in Status Hearing of 10/10/12 via telephone (Sharp, Elizabeth) (Entered: 09/28/2012) |
| 09/28/2012 | 122 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for miscellaneous relief 121 before Honorable Virginia M. Kendall on 10/3/2012 at 10:00 AM. (Sharp, Elizabeth) (Entered: 09/28/2012) |
| 09/28/2012 | 123 | NOTICE of Motion by Elizabeth D. Sharp for presentment of motion for miscellaneous relief 121 before Honorable Virginia M. Kendall on 10/9/2012 at 09:00 AM. (Sharp, Elizabeth) (Entered: 09/28/2012) |
| 10/02/2012 | 124 | MINUTE entry before Honorable Virginia M. Kendall: MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for Plaintiffs' Counsel, John Salter, to participate in Status Hearing of 10/10/12 via telephone 121 is granted. Counsel should provide a contact number to the courtroom deputy prior to the status hearing. Motion hearing set for 10/9/2012 on this motion is hereby stricken.Mailed notice (tsa, ) (Entered: 10/02/2012) |
| 10/08/2012 | 125 | ATTORNEY Appearance for Respondent JPMorgan Chase Bank, N.A. by James Kelley Nevling, Jr (Nevling, James) (Entered: 10/08/2012) |
| 10/09/2012 | 126 | SEALED MOTION by Intervenor Patrick Scott Baker *for Reconsideration* (Attachments: # 1 Exhibit A)(Peters, Elizabeth) (Entered: 10/09/2012) |
| 10/09/2012 | 127 | MOTION by Intervenor Patrick Scott Baker for reconsideration (Attachments: # 1 Exhibit A)(Peters, Elizabeth) (Entered: 10/09/2012) |
| 10/09/2012 | 128 | NOTICE of Motion by Elizabeth A. Peters for presentment of motion for reconsideration 127 , Sealed motion 126 before Honorable Virginia M. Kendall on 10/15/2012 at 09:00 AM. (Peters, Elizabeth) (Entered: 10/09/2012) |
| 10/10/2012 | 129 | MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 10/10/2012. Briefing schedule on the motion to reconsider 127 , Sealed motion 126 is set forth as follows: Responses due by |

| | | |
|---|---|---|
| | | 10/24/2012. Replies due by 10/31/2012. Ruling will be made by mail. Status hearing set for 11/7/2012 at 09:00 AM. Advised in open court notice (tsa, ) (Entered: 10/10/2012) |
| 10/10/2012 | 130 | MINUTE entry before Honorable Virginia M. Kendall:Minute entry 129 is amended to reflect that parties should bring a proposed redacted copy of the Courts opinion on 11/7/2012. Salter may appear by telephone at the next status hearing. The rest of the order to stand.Advised in open court notice (tsa, ) (Entered: 10/10/2012) |
| 10/17/2012 | 131 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-7663778. (Salter, John) (Entered: 10/17/2012) |
| 10/18/2012 | 132 | MINUTE entry before Honorable Virginia M. Kendall: Motion for leave to appear pro hac vice 131 is granted. Mailed notice (mgh, ) (Entered: 10/18/2012) |
| 10/24/2012 | 133 | RESPONSE by Francis Gates, Pati Hensely, Sara Hensley, Jan Smithin Opposition to SEALED MOTION by Intervenor Patrick Scott Baker *for Reconsideration* 126 , MOTION by Intervenor Patrick Scott Baker for reconsideration 127 (Attachments: # 1 Exhibit Ex. 1:Hicks v. Midwest Transit, # 2 Exhibit Ex. 2: Estate of Marcos Human Rights Litigation, # 3 Exhibit Ex.3: Monks v. Long Term Disability Benefits) (Salter, John) (Entered: 10/24/2012) |
| 10/24/2012 | 134 | MEMORANDUM by JPMorgan Chase Bank, N.A. in Opposition to motion for reconsideration 127 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nevling, James) (Entered: 10/24/2012) |
| 10/24/2012 | 135 | NOTICE by JPMorgan Chase Bank, N.A. re memorandum in opposition to motion 134 *for reconsideration* (Nevling, James) (Entered: 10/24/2012) |
| 10/31/2012 | 136 | REPLY by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug to MOTION by Intervenor Patrick Scott Baker for reconsideration 127 , response in opposition to motion, 133 (Peters, Elizabeth) (Entered: 10/31/2012) |
| 11/07/2012 | 137 | MINUTE entry before Honorable Virginia M. Kendall:Sealed motion 126 is taken under advisement. Motion for reconsideration 127 is taken under advisement. Advised in open court notice (tsa, ) (Entered: 11/07/2012) |
| 12/19/2012 | 138 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for extension of time *Unopposed Second Motion To Extend Third Party Citation To Discover Assets Against Third Party Citation Respondent, JP Morgan Chase Bank, NA* (Salter, John) (Entered: 12/19/2012) |
| 12/19/2012 | 139 | NOTICE of Motion by John F. Salter for presentment of extension of time, 138 before Honorable Virginia M. Kendall on 12/27/2012 at |

| | | 09:00 AM. (Salter, John) (Entered: 12/19/2012) |
|---|---|---|
| 12/20/2012 | 140 | MINUTE entry before Honorable Virginia M. Kendall:Unopposed MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for extension of time *Unopposed Second Motion To Extend Third Party Citation To Discover Assets Against Third Party Citation Respondent, JP Morgan Chase Bank, NA* 138 is granted to 7/5/2013 to extend 3rd party citation proceeding against JPMCB. Motion hearing set for 12/27/2012 on this motion is hereby stricken. Mailed notice (tsa, ) (Entered: 12/20/2012) |
| 02/20/2013 | 141 | Unopposed Second Motion by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *To EXTEND THIRD PARTY CITATION TO DISCOVER ASSETS AGAINST THIRD-PARTY CITATION RESPONDENT, AT&T CORP.* (Salter, John) (Docket Text Modified by Clerk's Office on 2/20/2013) (np, ). (Entered: 02/20/2013) |
| 02/20/2013 | 142 | NOTICE of Motion by John F. Salter for presentment of (Salter, John) (Entered: 02/20/2013) |
| 02/22/2013 | 143 | MINUTE entry before Honorable Virginia M. Kendall:Unopposed Motion 141 to extend third party citation to discover assets against third party citation respondent, AT&T is granted to 8/28/2013 or until order of the court on the turnover motions. Motion hearing set for 2/25/2013 on this motion is hereby stricken.Mailed notice (tsa, ) (Entered: 02/22/2013) |
| 03/29/2013 | 144 | MINUTE entry before Honorable Virginia M. Kendall: ENTER MEMORANDUM OPINION AND ORDER. The motions of Intervenor Patrick Scott Baker for reconsideration (Docket Nos. 126 and 127 ) are denied. Reconsideration having been denied, the petition to intervene by AT&T, case No. 12-1836, is dismissed as moot. The parties are to submit an agreed order as directed in Docket No. 119 , and are also directed to file position papers on whether the agreed order should be stayed pending appeal. Position papers to be filed by 4/12/13, responses by 4/28/13.Mailed notice (tlp, ) (Entered: 03/29/2013) |
| 03/29/2013 | 145 | MEMORANDUM Opinion and Order Signed by the Honorable Virginia M. Kendall on 3/29/2013: Mailed notice(tlp, ) (Entered: 03/29/2013) |
| 03/29/2013 | 146 | MINUTE entry before Honorable Virginia M. Kendall: ENTER MEMORANDUM OPINION AND ORDER. The Gates Plaintiffs Motion for Turnover (# 39 ) is granted in part and denied in part. The Gates Plaintiffs Motion to Dismiss the JPMCB Interpleader Complaint (Case No. 12-2983, Docket No. 13 ) is granted as to the rights of the Baker Plaintiffs and otherwise denied. JPMCB is directed to notify all parties to funds transfers by 4/28/13 of the existence of this proceeding, this order, and their rights to interplead any claims that such partys ownership interest supersedes that of the Gates Plaintiffs, after which time the Court will set a hearing date to determine whether any of the notified parties have competing claims to the assets at issue. Mailed |

| | | |
|---|---|---|
| | | notice (tlp, ) (Entered: 03/29/2013) |
| 03/29/2013 | 147 | MEMORANDUM Opinion and Order Signed by the Honorable Virginia M. Kendall on 3/29/2013: Mailed notice(tlp, ) (Entered: 03/29/2013) |
| 04/11/2013 | 148 | RESPONSE by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to order on sealed motion,,, order on motion for reconsideration,,, text entry,, 144 *GATES PLAINTIFFS POSITION PAPER CONCERNINGSTAY PENDING APPEAL OF AT&T TURNOVER ORDER* (Salter, John) (Entered: 04/11/2013) |
| 04/12/2013 | 149 | RESPONSE by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to order on sealed motion,,, order on motion for reconsideration,,, text entry,, 144 *Corrected Gates' Plaintiffs Position Paper Concerning Stay Pending Appeal Of AT&T Turnover Order* (Salter, John) (Entered: 04/12/2013) |
| 04/12/2013 | 150 | RESPONSE by Respondent JPMorgan Chase Bank, N.A. *Court Order to Submit Position Paper as to Whether Turnover Order and Judgment Should Be Stayed Pending Appeal* (Lesniak, Edward) (Entered: 04/12/2013) |
| 04/12/2013 | 151 | MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug to clarify (Peters, Elizabeth) (Entered: 04/12/2013) |
| 04/15/2013 | 152 | NOTICE of Motion by Elizabeth A. Peters for presentment of motion to clarify, 151 before Honorable Virginia M. Kendall on 4/23/2013 at 09:00 AM. (Peters, Elizabeth) (Entered: 04/15/2013) |
| 04/16/2013 | 153 | RESPONSE by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie N 151 (Salter, John) (Entered: 04/16/2013) |
| 04/16/2013 | 154 | NOTICE of Motion by Elizabeth A. Peters for presentment of motion to clarify, 151 before Honorable Virginia M. Kendall on 4/29/2013 at 09:00 AM. (Peters, Elizabeth) (Entered: 04/16/2013) |
| 04/16/2013 | 155 | RESPONSE by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie N 151 (Attachments: # 1 Exhibit 1 through 11)(Salter, John) (Entered: 04/16/2013) |
| 04/24/2013 | 156 | REPLY by Respondent JPMorgan Chase Bank, N.A. to order on sealed |

| | | |
|---|---|---|
| | | motion,,, order on motion for reconsideration,,, text entry,, 144 *On Question Whether Turnover Order and Judgment Should Be Stayed Pending Appeal* (Lesniak, Edward) (Entered: 04/24/2013) |
| 04/26/2013 | 157 | RESTRICTED (Document not scanned) (mgh, ). (Entered: 04/26/2013) |
| 04/26/2013 | 158 | MEMORANDUM by AT&T Corp., AT&T Services Inc. *Regarding the Implementation of the Court's Orders* (Lewis, Mark) (Entered: 04/26/2013) |
| 04/29/2013 | 159 | MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 4/29/2013 and continued to 5/13/2013 at 09:00 AM. Any filings due by 5/6/2013. Motion to settle order is denied. Mr. Salter attended by telephone.Advised in open court notice (tsa, ) (Entered: 04/30/2013) |
| 05/13/2013 | 161 | RESTRICTED (Document not scanned) (mgh, ) (Entered: 05/16/2013) |
| 05/13/2013 | 162 | MINUTE entry before Honorable Virginia M. Kendall:Enter redacted copy of the judgment and turnover order directing turnover of funds to plaintiffs and full discharge of citation respondents AT&T Corp. And AT&T Services, Inc. and partial discharge of citation respondent JPMorgan Chase Bank, N.A.Mailed notice [For further detail see separate order(s).] (mgh, ) (Entered: 05/17/2013) |
| 05/13/2013 | 163 | JUDGMENT AND TURNOVER ORDER(Redacted) directing turnover of funds to plaintiffs and full discharge of citation respondents AT&T Corp. And AT&T Services, Inc. and partial discharge of citation respondent JPMorgan Chase Bank, N.A. Signed by the Honorable Virginia M. Kendall on 5/13/2013. (mgh, ) Modified text on 6/12/2013 (pjg, ). (Entered: 05/17/2013) |
| 05/14/2013 | 160 | MINUTE entry before Honorable Virginia M. Kendall:For the reasons stated in open court at the status hearing on 4/29/13, Intervenors' Motion to Settle Order 151 is denied.Mailed notice (tsa, ) (Entered: 05/15/2013) |
| 05/22/2013 | 🔒 | (Court only) ***Motions terminated: MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie N 151 (tsa, ) (Entered: 05/22/2013) |
| 06/11/2013 | 164 | NOTICE of appeal by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug regarding orders 163 Filing fee $ 455, receipt number 0752-8437711. (Peters, Elizabeth) (Entered: 06/11/2013) |
| 06/11/2013 | 165 | DOCKETING Statement by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma |

| | | Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug regarding notice of appeal, 164 (Peters, Elizabeth) (Entered: 06/11/2013) |
|---|---|---|
| 06/12/2013 | 166 | NOTICE of Appeal Due letter sent to counsel of record. (dj ) (Entered: 06/12/2013) |
| 06/12/2013 | 167 | TRANSMITTED to the 7th Circuit the short record on notice of appeal, 164 . Notified counsel (dj ) (Entered: 06/12/2013) |
| 06/12/2013 | 168 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal, 164 ; USCA Case No. 13-2280 (mgh, ) (Entered: 06/12/2013) |
| 06/14/2013 | 169 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for extension of time *TO EXTEND THIRD PARTY CITATION TO DISCOVER ASSETS AGAINST THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A* (Salter, John) (Entered: 06/14/2013) |
| 06/14/2013 | 170 | NOTICE of Motion by John F. Salter for presentment of extension of time 169 before Honorable Virginia M. Kendall on 6/20/2013 at 09:00 AM. (Salter, John) (Entered: 06/14/2013) |
| 06/19/2013 | 171 | MINUTE entry before Honorable Virginia M. Kendall:Motion for extension of time 169 regarding citation to discover assets is granted. Motion hearing set for 6/20/2013 on this motion is stricken. Status hearing set for 1/6/2014 at 09:00 AM. regarding citation to discover assets.Mailed notice (tsa, ) (Entered: 06/19/2013) |
| 07/01/2013 | 172 | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 164 (USCA no. 13-2280). (dj ) (Entered: 07/01/2013) |
| 07/01/2013 | 173 | USCA RECEIVED on 7/1/13 the long record regarding notice of appeal, 164 (dj ) (Entered: 07/02/2013) |
| 07/02/2013 | 174 | TRANSCRIPT OF PROCEEDINGS held on 10/10/2012 before the Honorable Virginia M. Kendall. Court Reporter Contact Information: Gayle A. McGuigan, CSR, RMR, CRR (312) 435-6047 Gayle_McGuigan@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/23/2013. Redacted Transcript Deadline set for 8/2/2013. Release of Transcript Restriction set for 9/30/2013. (McGuigan, Gale) (Entered: 07/02/2013) |

| | | | |
|---|---|---|---|
| 07/02/2013 | | 175 | TRANSCRIPT OF PROCEEDINGS held on 04/29/2013 before the Honorable Virginia M. Kendall. Court Reporter Contact Information: Gayle A. McGuigan, CSR, RMR, CRR (312) 435-6047 Gayle_McGuigan@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/23/2013. Redacted Transcript Deadline set for 8/2/2013. Release of Transcript Restriction set for 9/30/2013. (McGuigan, Gale) (Entered: 07/02/2013) |
| 07/03/2013 | | 176 | TRANSMITTED to the USCA for the 7th Circuit supplemental record on appeal 164 (USCA no. 13-2280) (mgh, ) (Entered: 07/03/2013) |
| 07/30/2013 | | 177 | TRANSCRIPT OF PROCEEDINGS held on 2-16-12 before the Honorable George W. Lindberg. Court Reporter Contact Information: Lois A. LaCorte, lois_lacorte@ilnd.uscourts.gov, (312) 435-5558. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 8/20/2013. Redacted Transcript Deadline set for 8/30/2013. Release of Transcript Restriction set for 10/28/2013. (LaCorte, Lois) (Entered: 07/30/2013) |
| 07/30/2013 | | 178 | TRANSCRIPT OF PROCEEDINGS held on 3-7-12 before the Honorable George W. Lindberg. Court Reporter Contact Information: Lois A. LaCorte, lois_lacorte@ilnd.uscourts.gov, (312) 435-5558. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 8/20/2013. Redacted Transcript Deadline set for 8/30/2013. Release of Transcript Restriction set for 10/28/2013. (LaCorte, Lois) (Entered: 07/30/2013) |
| 07/31/2013 | | 179 | TRANSMITTED to the USCA for the 7th Circuit supplemental record on appeal 164 (USCA no. 13-2280) (mgh,) (Entered: 07/31/2013) |
| 08/05/2013 | | 180 | ATTORNEY Appearance for Respondent JPMorgan Chase Bank, N.A. |

| | | by Steven B. Feigenbaum (Feigenbaum, Steven) (Entered: 08/05/2013) |
|---|---|---|
| 09/03/2013 | 181 | CERTIFICATE of Service by John F. Salter on behalf of Francis Gates, Pati Hensely, Sara Hensley, Jan Smith (Salter, John) (Entered: 09/03/2013) |
| 09/05/2013 | 182 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for leave to file excess pages (Salter, John) (Entered: 09/05/2013) |
| 09/05/2013 | 183 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan SmithGATES PLAINTIFFS THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A. AND FOR INTERPLEADER JUDGMENT ORDER (Salter, John) (Entered: 09/05/2013) |
| 09/05/2013 | 184 | MEMORANDUM by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith in support of motion for miscellaneous relief, 183 *IN SUPPORT OF GATES PLAINTIFFS THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A. AND FOR INTERPLEADER JUDGMENT ORDER* (Salter, John) (Entered: 09/05/2013) |
| 09/05/2013 | 185 | EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith regarding memorandum in support of motion, 184 (Attachments: # 1 Exhibit Ex. A: MEMORANDUM IN SUPPORT OF GATES PLAINTIFFS THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A. AND FOR INTERPLEADER JUDGMENT ORDER, # 2 Exhibit Ex. B: MEMORANDUM IN SUPPORT OF GATES PLAINTIFFS THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A. AND FOR INTERPLEADER JUDGMENT ORDER, # 3 Exhibit Ex. C: MEMORANDUM IN SUPPORT OF GATES PLAINTIFFS THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A. AND FOR INTERPLEADER JUDGMENT ORDER, # 4 Exhibit Ex. D: MEMORANDUM IN SUPPORT OF GATES PLAINTIFFS THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A. AND FOR INTERPLEADER JUDGMENT ORDER, # 5 Exhibit Exhibit E: MEMORANDUM IN SUPPORT OF GATES PLAINTIFFS THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A. AND FOR INTERPLEADER JUDGMENT ORDER, # 6 Exhibit Exhibit F: MEMORANDUM IN SUPPORT OF GATES PLAINTIFFS THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A. AND FOR INTERPLEADER JUDGMENT ORDER, # 7 Exhibit Ex. G: MEMORANDUM IN SUPPORT OF GATES PLAINTIFFS THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD- |

| | | |
|---|---|---|
| | | PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A. AND FOR INTERPLEADER JUDGMENT ORDER, # 8 Exhibit Ex. H: MEMORANDUM IN SUPPORT OF GATES PLAINTIFFS THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A. AND FOR INTERPLEADER JUDGMENT ORDER)(Salter, John) (Entered: 09/05/2013) |
| 09/05/2013 | 186 | NOTICE of Motion by John F. Salter for presentment of motion for leave to file excess pages 182 before Honorable Virginia M. Kendall on 9/11/2013 at 09:00 AM. (Salter, John) (Entered: 09/05/2013) |
| 09/06/2013 | 187 | TRANSCRIPT OF PROCEEDINGS held on 05/13/2013 before the Honorable Virginia M. Kendall. - Status/Motion -. Court Reporter Contact Information: Gayle A. McGuigan, CSR, RMR, CRR, (312) 435-6047, Gayle_McGuigan@ilnd.uscourts.gov. <br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br>Redaction Request due 9/27/2013. Redacted Transcript Deadline set for 10/7/2013. Release of Transcript Restriction set for 12/5/2013. (McGuigan, Gale) (Entered: 09/06/2013) |
| 09/06/2013 | 188 | ENTERED in Error. (ym, ). (Entered: 09/06/2013) |
| 09/06/2013 | 189 | NOTICE of Motion by John F. Salter for presentment of motion for miscellaneous relief, 183 before Honorable Virginia M. Kendall on 11/1/2013 at 09:00 AM. (Salter, John) (Entered: 09/06/2013) |
| 09/06/2013 | 190 | NOTICE of Motion by John F. Salter for presentment of motion for miscellaneous relief, 183 before Honorable Virginia M. Kendall on 11/1/2013 at 01:00 PM. (Salter, John) (Entered: 09/06/2013) |
| 09/09/2013 | 191 | NOTICE of Correction regarding 188 (ym, ) (Entered: 09/09/2013) |
| 09/09/2013 | 192 | MINUTE entry before Honorable Virginia M. Kendall: MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for leave to file excess pages 182 is granted to 20 pages. Motion hearing set for 9/11/2013 on this motion is hereby stricken. Mailed notice (tsa, ) (Entered: 09/09/2013) |
| 09/20/2013 | 193 | SEALED EXHIBIT by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith regarding memorandum in support of motion, 184 (Attachments: # 1 Exhibit Exhibit A: Gates Plaintiffs Third Motion For Turnover Of Assets From Third-Party Citation Respondent, JP Morgan Chase Bank, N.A. And For Interpleader Judgment Order, # 2 Exhibit |

| | | |
|---|---|---|
| | | Exhibit B:Gates Plaintiffs Third Motion For Turnover Of Assets From Third-Party Citation Respondent, JP Morgan Chase Bank, N.A. And For Interpleader Judgment Order, # 3 Exhibit Exhibit C: Gates Plaintiffs Third Motion For Turnover Of Assets From Third-Party Citation Respondent, JP Morgan Chase Bank, N.A. And For Interpleader Judgment Order, # 4 Exhibit Exhibit D: Gates Plaintiffs Third Motion For Turnover Of Assets From Third-Party Citation Respondent, JP Morgan Chase Bank, N.A. And For Interpleader Judgment Order, # 5 Exhibit Exhibit E: Gates Plaintiffs Third Motion For Turnover Of Assets From Third-Party Citation Respondent, JP Morgan Chase Bank, N.A. And For Interpleader Judgment Order, # 6 Exhibit Exhibit F: Gates Plaintiffs Third Motion For Turnover Of Assets From Third-Party Citation Respondent, JP Morgan Chase Bank, N.A. And For Interpleader Judgment Order, # 7 Exhibit Exhibit G: Gates Plaintiffs Third Motion For Turnover Of Assets From Third-Party Citation Respondent, JP Morgan Chase Bank, N.A. And For Interpleader Judgment Order, # 8 Exhibit Exhibit H: Gates Plaintiffs Third Motion For Turnover Of Assets From Third-Party Citation Respondent, JP Morgan Chase Bank, N.A. And For Interpleader Judgment Order)(Salter, John) (Entered: 09/20/2013) |
| 09/25/2013 | 194 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *To Set Briefing Schedule on Gates Turnover Motion And For Filing Of Any Other Motions and Breifs Prior Ro November 1, 2013* (Salter, John) (Entered: 09/25/2013) |
| 09/25/2013 | 195 | NOTICE of Motion by John F. Salter for presentment of motion for miscellaneous relief 194 before Honorable Virginia M. Kendall on 10/3/2013 at 09:00 AM. (Salter, John) (Entered: 09/25/2013) |
| 10/02/2013 | 196 | MINUTE entry before Honorable Virginia M. Kendall:MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *To Set Briefing Schedule on Gates Turnover Motion And For Filing Of Any Other Motions and Briefs Prior to November 1, 2013* 194 is granted. Briefing schedule on motion 183 is set forth as follows: Responses due by 10/11/2013 Replies due by 10/21/2013. Ruling will be made by mail. Any party wishing to bring any other matters to the courts attention shall file a motion by 10/11/2013. Responses by 10/21/2013. Reply by 10/28/2013. Ruling will be made by mail. Motion hearing set for 10/3/2013 on this motion is hereby stricken.Mailed notice (tsa, ) (Entered: 10/02/2013) |
| 10/02/2013 | 197 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan SmithEmergency Motion To Correct The Record On Appeal Including Missing and Unredacted Documents (Attachments: # 1 Exhibit R6, # 2 Exhibit R47, # 3 Exhibit R48, # 4 Exhibit R49, # 5 Exhibit R50, # 6 Exhibit R51, # 7 Exhibit R52)(Salter, John) (Entered: 10/02/2013) |
| 10/02/2013 | 198 | NOTICE of Motion by John F. Salter for presentment of motion for miscellaneous relief, 197 before Honorable Virginia M. Kendall on 10/7/2013 at 09:00 AM. (Salter, John) (Entered: 10/02/2013) |
| | | |

| | | |
|---|---|---|
| 10/04/2013 | 199 | MINUTE entry before Honorable Virginia M. Kendall:Motion 197 for miscellaneous relief, 197 is reset to 10/9/2013 at 09:00 AM.Mailed notice (tsa, ) (Entered: 10/04/2013) |
| 10/07/2013 | 200 | RESPONSE by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to motion for miscellaneous relief, 183 , memorandum in support of motion, 184 *Further Evidence in Support of Their Motion For Turnover And For Interpleader Judgment Order* (Attachments: # 1 Exhibit Exhibit I)(Salter, John) (Entered: 10/07/2013) |
| 10/08/2013 | 201 | ATTORNEY Appearance for Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug by Teresa A Sullivan (Sullivan, Teresa) (Entered: 10/08/2013) |
| 10/09/2013 | 202 | ORDER: Motion hearing held. Plaintiffs' emergency motion to correct the record on appeal to include missing and unredacted documents 197 is granted. The Clerk of Court is directed to supplement the record on appeal with Plaintiffs' Exhibits 1 though 7 which are attached to their motion 197 . Signed by the Honorable Virginia M. Kendall on 10/9/2013.(ym, ) (Entered: 10/09/2013) |
| 10/09/2013 | 203 | TRANSMITTED to the USCA for the 7th Circuit supplemental record on appeal 164 (USCA no. 13-2280).(ym, ) (Entered: 10/09/2013) |
| 10/09/2013 | 204 | USCA RECEIVED on 10/9/2013 the supplement record. (ym, ) (Entered: 10/10/2013) |
| 10/11/2013 | 205 | RESPONSE by Plaintiff JPMorgan Chase Bank, N.A. to motion for miscellaneous relief, 183 (Lesniak, Edward) (Entered: 10/11/2013) |
| 10/11/2013 | 206 | RESPONSE by Plaintiff JPMorgan Chase Bank, N.A. to motion for miscellaneous relief, 183 *(third motion for turnover order of assets and interpleader judgment order) (corrected)* (Lesniak, Edward) (Entered: 10/11/2013) |
| 10/11/2013 | 207 | DOCUMENT removed per court order. (Docket Text Modified by Clerk's Office.)(ym, ). (Entered: 10/11/2013) |
| 10/11/2013 | 208 | SEALED RESPONSE by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan SmithGATES PLAINTIFFS THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A. AND FOR INTERPLEADER JUDGMENT ORDER 183 *(Response in Opposition to Motion)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Peters, Elizabeth) (Entered: 10/11/2013) |

| 10/11/2013 | 209 | ORDER dated 10/11/2013 from the 7th Circuit regarding notice of appeal, 164 ; Appellate case no. : 13-2280; IT IS ORDERED that appellees motions to strike are DENIED. (mgh, ) (Entered: 10/15/2013) |
|---|---|---|
| 10/15/2013 | 210 | RESPONSE by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflugin Opposition to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan SmithGATES PLAINTIFFS THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A. AND FOR INTERPLEADER JUDGMENT ORDER 183 (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Exhibit B (Filed Under Seal), # 3 Exhibit C (Filed Under Seal), # 4 Exhibit D (Filed Under Seal), # 5 Exhibit E (Filed Under Seal), # 6 Exhibit F)(Peters, Elizabeth) (Entered: 10/15/2013) |
| 10/15/2013 | 211 | MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug, Plaintiff Francis Gates to Remove Incorrectly Filed Document: Docket No. 207 *(AGREED)* (Sullivan, Teresa) (Entered: 10/15/2013) |
| 10/15/2013 | 212 | NOTICE of Motion by Teresa A Sullivan for presentment of motion for miscellaneous relief, 211 before Honorable Virginia M. Kendall on 10/23/2013 at 09:00 AM. (Sullivan, Teresa) (Entered: 10/15/2013) |
| 10/21/2013 | 213 | REPLY by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *TO THE BAKER PARTIES AND FURTHER IN SUPPORT OF THEIR THIRD MOTION FOR TURNOVER OF ASSETS FROM THIRD-PARTY CITATION RESPONDENT, JP MORGAN CHASE BANK, N.A.* (Attachments: # 1 Exhibit Sterling v. Wachovia, # 2 Exhibit Hicks v. Midwest, # 3 Exhibit Westbend v. Belmont)(Salter, John) (Entered: 10/21/2013) |
| 10/21/2013 | 214 | REPLY by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *To Interpleader Plaintiff JPMorgan Chase Bank, N.A.S Response To Gates Plaintiffs Third Motion For Turnover* (Salter, John) (Entered: 10/21/2013) |
| 10/22/2013 | 215 | MINUTE entry before Honorable Virginia M. Kendall:Agreed MOTION by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug, Plaintiff Francis Gates to Remove Incorrectly Filed Document: Docket No. 207 is granted. Motion hearing set for 10/23/2013 on this motion is hereby stricken.Mailed notice (tsa, ) (Entered: 10/22/2013) |
| 10/24/2013 | 216 | MINUTE entry before Honorable Virginia M. Kendall:Motion 183 is taken under advisement. Hearing set for 11/1/2013 is stricken.Mailed |

| | | notice (tsa, ) (Entered: 10/24/2013) |
|---|---|---|
| 11/04/2013 | 217 | MOTION by Respondent JPMorgan Chase Bank, N.A. to clarify *Minute Entry Filed October 2, 2013* (Lesniak, Edward) (Entered: 11/04/2013) |
| 11/04/2013 | 218 | NOTICE of Motion by Edward J. Lesniak for presentment of motion to clarify 217 before Honorable Virginia M. Kendall on 11/13/2013 at 09:00 AM. (Lesniak, Edward) (Entered: 11/04/2013) |
| 11/13/2013 | 219 | MINUTE entry before Honorable Virginia M. Kendall:Enter MEMORANDUM, OPINION AND ORDER: For the reasons stated herein, the Gates Plaintiffs Third Motion for Turnover 183 is granted, subject to entry of an agreed order according to the directions set forth herein. Mailed notice (tsa, ) (Entered: 11/13/2013) |
| 11/13/2013 | 220 | Enter MEMORANDUM, OPINION AND ORDER: For the reasons stated herein, the Gates Plaintiffs Third Motion for Turnover 183 is granted, subject to entry of an agreed order according to the directions set forth herein. Signed by the Honorable Virginia M. Kendall on 11/13/2013.Mailed notice(tsa, ) (Entered: 11/13/2013) |
| 11/13/2013 | 221 | MINUTE entry before Honorable Virginia M. Kendall:The Baker Parties' Motion to Dismiss the JPMCB Interpleader [#87/88] is denied. The same arguments advanced by the Baker Parties have already been advanced and substantively addressed by this Court in relation to an account belonging to AT&T to which the Gates Parties and Baker Parties sought attachment. By Memorandum Opinion and Order dated March 29, 2013 (11 C 8715 #145), this Court denied the Baker Parties' Motion to Reconsider a previous opinion by a prior judge of this district because the Baker Parties contended that jurisdiction and/or venue of the action properly belonged in the Southern District of New York. In that March 29, 2013 ruling, the Court addressed why the action should remain in the Northern District of Illinois at this point in the proceedings, and the reasoning in Docket #145 regarding the funds of AT&T applies with the same force to the funds at issue in the present motion. Mailed notice (tsa, ) (Entered: 11/13/2013) |
| 11/13/2013 | 222 | MINUTE entry before Honorable Virginia M. Kendall: The Court orders the petition for attorneys fees by 11/27/2013. Responses due by 12/11/2013. Replies due by 12/18/2013. Ruling will be made by mail.Advised in open court notice (tsa, ) (Entered: 11/14/2013) |
| 11/19/2013 | 223 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *To Correct Typographical Errors Appearing In Memorandum Opinion And Orders Entered On November 13, 2013* (Salter, John) (Incorrect PDF linked to entry-Docket Text Modified by Clerk's Office) (mr, ). (Entered: 11/19/2013) |
| 11/19/2013 | 224 | NOTICE of Motion by John F. Salter for presentment of motion for miscellaneous relief 223 before Honorable Virginia M. Kendall on 11/25/2013 at 09:00 AM. (Salter, John) (Entered: 11/19/2013) |
| | | |

| | | |
|---|---|---|
| 11/19/2013 | 225 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *To Correct Typographical Errors Appearing In Memorandum Opinion And Orders Entered On November 13, 2013* (Salter, John) (Entered: 11/19/2013) |
| 11/19/2013 | 226 | NOTICE of Motion by John F. Salter for presentment of motion for miscellaneous relief 225 before Honorable Virginia M. Kendall on 11/25/2013 at 09:00 AM. (Salter, John) (Entered: 11/19/2013) |
| 11/22/2013 | 227 | MEMORANDUM by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug *in Opposition to Entry of Form of Turnover Order Proposed by Gates Plaintiffs and JPMorgan Chase Bank, N.A.* (Peters, Elizabeth) (Entered: 11/22/2013) |
| 11/22/2013 | 228 | SEALED EXHIBIT by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug *Exhibit A* regarding memorandum, 227 (Attachments: # 1 Exhibit B, # 2 Exhibit C)(Peters, Elizabeth) (Entered: 11/22/2013) |
| 11/22/2013 | 229 | EXHIBIT by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug *Exhibit A* regarding memorandum, 227 (Attachments: # 1 Exhibit B, # 2 Exhibit C)(Peters, Elizabeth) (Entered: 11/22/2013) |
| 11/25/2013 | 230 | MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held on 11/25/2013 regarding motion for miscellaneous relief 225 . Motion is taken under advisement. Advised in open court notice (tsa, ) (Entered: 11/25/2013) |
| 11/26/2013 | 231 | RESPONSE by Plaintiff JPMorgan Chase Bank, N.A. to memorandum, 227 (Lesniak, Edward) (Entered: 11/26/2013) |
| 12/16/2013 | 232 | REPLY by Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug *in Opposition to Entry of Form of Turnover Order Proposed by Gates Plaintiffs and JPMorgan Chase Bank, N.A.* (Peters, Elizabeth) (Entered: 12/16/2013) |
| 12/20/2013 | 233 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *To Extend Third Party Citation To Discover Assets Against Third-Party Citation Respondent, JP Morgan Chase Bank N.A.* (Salter, John) (Entered: 12/20/2013) |
| | | |

| | | |
|---|---|---|
| 12/20/2013 | 234 | NOTICE of Motion by John F. Salter for presentment of motion for miscellaneous relief 233 before Honorable Virginia M. Kendall on 12/30/2013 at 09:00 AM. (Salter, John) (Entered: 12/20/2013) |
| 12/30/2013 | 235 | MINUTE entry before the Honorable Virginia M. Kendall:MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *To Extend Third Party Citation To Discover Assets Against Third-Party Citation Respondent, JP Morgan Chase Bank N.A. 233* is granted. Status hearing set for 1/6/2014 is stricken and reset to 6/10/2014 at 09:00 AM. Defendant Commerce Bank is dismissed as a party in this case.Advised in open court notice (tsa, ) (Entered: 01/03/2014) |
| 12/30/2013 | 236 | MINUTE entry before the Honorable Virginia M. Kendall:Minute entry 235 is amended to retract the statement "Commerce Bank is dismissed as a defendant in this case". The rest of the order shall stand.Mailed notice (tsa, ) (Entered: 01/03/2014) |
| 02/03/2014 | 237 | ORDER Signed by the Honorable Virginia M. Kendall on 2/3/2014: Enter judgment and order directing the turnover of funds. Mailed notice (mgh, ) (Entered: 02/10/2014) |
| 02/03/2014 | 238 | JUDGMENT AND ORDER directing the turnover of funds Signed by the Honorable Virginia M. Kendall on 2/3/2014. Mailed notice (mgh, ) (Entered: 02/10/2014) |
| 02/28/2014 | 239 | NOTICE of appeal by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug regarding orders 238 Filing fee $ 505, receipt number 0752-9247324. (Sullivan, Teresa) (Entered: 02/28/2014) |
| 02/28/2014 | 240 | DOCKETING Statement by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug regarding notice of appeal, 239 (Sullivan, Teresa) (Entered: 02/28/2014) |
| 03/03/2014 | 241 | by Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *REDACTED Judgment & Order Directing The Turnover of Funds* (Salter, John) (Entered: 03/03/2014) |
| 03/03/2014 | 242 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 239 . (smm) (Entered: 03/03/2014) |
| 03/03/2014 | 243 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 239 . Notified counsel (smm) (Entered: 03/03/2014) |
| 03/03/2014 | 244 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal, 239 ; USCA Case No. 14-1452 (mgh, ) (Entered: 03/04/2014) |
| 03/11/2014 | | BOND in the amount of $ $76,530,088.30 posted by JPMorgan Chase |

| | | |
|---|---|---|
| | | Bank, N.A. Receipt # 4624116475. (daj, ) (Entered: 03/11/2014) |
| 03/18/2014 | 245 | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 239 (USCA no. 14-1452).(kj, ) (Entered: 03/18/2014) |
| 03/18/2014 | 246 | TRANSCRIPT OF PROCEEDINGS held on 11/07/2012 before the Honorable Virginia M. Kendall. Court Reporter Contact Information: Gayle A. McGuigan, CSR, RMR, CRR, (312) 435-6047, Gayle_McGuigan@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 4/8/2014. Redacted Transcript Deadline set for 4/18/2014. Release of Transcript Restriction set for 6/16/2014. (McGuigan, Gale) (Entered: 03/18/2014) |
| 03/18/2014 | 247 | TRANSCRIPT OF PROCEEDINGS held on 10/09/2013 before the Honorable Virginia M. Kendall. Court Reporter Contact Information: Gayle A. McGuigan, CSR, RMR, CRR, (312) 435-6047, Gayle_McGuigan@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 4/8/2014. Redacted Transcript Deadline set for 4/18/2014. Release of Transcript Restriction set for 6/16/2014. (McGuigan, Gale) (Entered: 03/18/2014) |
| 03/18/2014 | 248 | TRANSCRIPT OF PROCEEDINGS held on 11/25/2013 before the Honorable Virginia M. Kendall. Court Reporter Contact Information: Gayle A. McGuigan, CSR, RMR, CRR, (312) 435-6047, Gayle_McGuigan@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |

|  |  | Redaction Request due 4/8/2014. Redacted Transcript Deadline set for 4/18/2014. Release of Transcript Restriction set for 6/16/2014. (McGuigan, Gale) (Entered: 03/18/2014) |
| 03/18/2014 | 249 | USCA RECEIVED on 3/18/2014 the long record. (kj, ) (Entered: 03/18/2014) |
| 06/09/2014 | 250 | MINUTE entry before the Honorable Virginia M. Kendall:Status hearing set for 6/10/2014 is stricken.Mailed notice (tsa, ) (Entered: 06/09/2014) |
| 08/07/2014 | 251 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for release of funds *From Court Registry* (Attachments: # 1 Exhibit A: 7/30/14 Mandate Order, # 2 Exhibit B: 6/18/14 7th Circuit COA Opinion, # 3 Exhibit C: Proposed Order)(Salter, John) (Entered: 08/07/2014) |
| 08/07/2014 | 252 | NOTICE of Motion by John F. Salter for presentment of motion for release of funds, 251 before Honorable Virginia M. Kendall on 8/18/2014 at 09:00 AM. (Salter, John) (Entered: 08/07/2014) |
| 08/07/2014 | 253 | CERTIFIED copy of Order dated 7/17/14 from the 7th Circuit regarding notice of appeal, 239 , notice of appeal, 164 ; Appellate case no. : 13-2280 and 14-1452. (gcy, ) (Entered: 08/08/2014) |
| 08/07/2014 | 254 | FINAL JUDGMENT of USCA dated 8/7/14 regarding notice of appeal, 239 , notice of appeal, 164 ; AFFIRMED ; USCA No. 13-2280 and 14-1452. (gcy, ) (Entered: 08/08/2014) |
| 08/07/2014 | 255 | OPINION from the USCA for the 7th; Argued 2/19/14; Decided 6/18/14 in USCA case no. 13-2280 and 14-1452. (gcy, ) (Entered: 08/08/2014) |
| 08/07/2014 | 256 | USCA BILL of Costs ; USCA No. 13-2280 and 14-1452. (gcy, ) (Entered: 08/08/2014) |
| 08/07/2014 | 257 | LETTER from the Seventh Circuit returning the record on appeal in USCA no. 13-2280 and 14-1452 consisting of 6 sealed envelopes. (gcy, ) (Entered: 08/08/2014) |
| 08/14/2014 | 258 | ATTORNEY Appearance for Claimants Barry Key, Bradley Key, Daniel Wyatt, Gina Wilson, Kimi Wilson Johns, Marty Wilson, Marvin Wilson, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles, Renetta T Wilson by Robert Joseph Tolchin (Tolchin, Robert) (Entered: 08/14/2014) |
| 08/15/2014 | 259 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to supplement *Their Motion (DE #251) In Support Of Motion For Order Directing The Clerk To Release Funds From The Court Registry* (Attachments: # 1 Exhibit 1: Motion To Intervene, # 2 Exhibit 2: Olojo v. Kennedy-King College, et al., # 3 Exhibit 3: Baker v. Socialist, et al., # 4 Exhibit 4: Gilmore v. Palestinian, et al.)(Salter, John) (Entered: 08/15/2014) |
|  |  |  |

| 08/15/2014 | 260 | NOTICE by Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles *Notice of Filing motion in related case, 14-cv-6161* (Tolchin, Robert) (Entered: 08/15/2014) |
|---|---|---|
| 08/17/2014 | 261 | MEMORANDUM by Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles in Opposition to motion for release of funds, 251 , motion to supplement, 259 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Tolchin, Robert) (Entered: 08/17/2014) |
| 08/18/2014 | 262 | MINUTE entry before the Honorable Virginia M. Kendall:Motion for release of funds 251 is entered and continued to 9/8/2014 @ 9:00 a.m. Plaintiff's to file a motion to strike by 8/25/2015. Responses by 9/2/2014. Parties to submit a filing regarding the cert by 9/2/2014. Status hearing set for 9/8/2014 at 09:00 AM.Advised in open court notice (tsa, ) (Entered: 08/18/2014) |
| 08/22/2014 | 263 | LETTER from the Seventh Circuit regarding the record on appeal in USCA no. 13-2280 and 14-1452 consisting of entire record returned 6 Sealed envelopes. (mgh, ) (Entered: 08/25/2014) |
| 08/25/2014 | 264 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith for leave to file excess pages (Attachments: # 1 Exhibit Ex 1 (Motion): Gates Plaintiffs Memorandum Of Law In Support Of, # 2 Exhibit 1:August 11.2014 Email, # 3 Exhibit 2:August 13.2014 Email Chain, # 4 Exhibit 3: Hi-Lex Controls, Inc. v. Blue Cross and Blue Shield of Michigan, (Slip Copy) (E.D. Mich. Aug. 12, 2014), # 5 Exhibit 4a: Rule 11 Notice, # 6 Exhibit 4b. Draft Rule 11 Motion, # 7 Exhibit 4c. Draft Rule 11 Memo, # 8 Exhibit 5 a. Motion Of Non Party Movants To Obtain Information Regarding The Plaintiffs Presently Filed Under Seal, # 9 Exhibit 5b. Subpoena, # 10 Exhibit 6. DE# 43: Order, # 11 Exhibit 7: DE# 44: Letter to USDC DC From MacAllister, # 12 Exhibit 8: DE# 47: Certificate of Mailing, # 13 Exhibit 9: DE# 48: Notice of Appeal, # 14 Exhibit 10: DE#51: Motion For Order Authorizing and Allowing Enforcement Of Judgment Under 28 U.S.C. §1610 (c) And Memorandum In Support Thereof, # 15 Exhibit 11: DE#52: Syrian Arab Republics Opposition To Plaintiffs Motion For Leave To Commence Proceedings To Enforce Default Judgment Immediately, # 16 Exhibit 12: DE# 55: Plaintiffs Motion For Immediate Sequestration Of Personal Property of Syrian Arab Republic Pursuant To D.C. Statutory Code Section 15-320 (a) and FRCP 69(a) (1), # 17 Exhibit 13: DE#:58 Syrain Arab Republics Opposition To Plaintiffs Motions (1) To Register Judgments In Other Districts, DE54; (2) For Immediate Sequestration Of Personal Property, DE 55; and (3) To Compel, DE 57, # 18 Exhibit 14: DE# 60: Motion To Intervene, # 19 Exhibit 15: DE# 63: Order, # 20 Exhibit 16: DE# 66: Syrian Arab Republics Motion Under Rule 60(b)(4) and (6), # 21 Exhibit 17: DE# 91: Plaintiffs Emergency Motion For Order Under 28 U.S.C. § 1610 (c) |

|  |  |  | Authorizing Enforcement Of Judgment and Memorandum In Support Thereof, # 22 Exhibit 18: DE# 92: Order, # 23 Exhibit 19: Harrison v. Republic of Sudan, 2013 WL 3815660 (N.D. Cal. July 22, 2013), # 24 Exhibit 20: Peterson v. Islamic Republic of Iran, 2012 WL 4485764 (S.D. Tex. 2012), # 25 Exhibit 21: Wye Oak Technology, Inc. v. Republic of Iraq, 2010 WL 2613323, *5 (E.D. Va. June 29, 2010), # 26 Exhibit 22: Martin Produce, Inc. v. El Centro, LLC, 2011 WL 10068659 (Ill.App. 1st Dist. 2011), # 27 Exhibit 23: Metavante Corp. v. Emigrant Savings Bank, 2010 WL 3835121 (E.D. Wis. 2010), # 28 Exhibit 24: Shuffle Tech Intl, LLC v. Wolff Gaming, Inc., 2014 WL 3289888 (7th Cir. July 9, 2014), # 29 Exhibit 25: Rubin v. Islamic Republic of Iran, No. 03 C 9370, 2008 WL 192321 (N.D.Ill. Jan. 18, 2008))(Salter, John) (Entered: 08/25/2014) |
|---|---|---|---|
| 08/25/2014 |  | 265 | NOTICE of Motion by John F. Salter for presentment of motion for leave to file excess pages,,,,,,,,,,, 264 before Honorable Virginia M. Kendall on 8/28/2014 at 09:00 AM. (Salter, John) (Entered: 08/25/2014) |
| 08/25/2014 | 🔗 | 266 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to strike *Wyatts Opposition Brief (11-Cv-08715,De # 261) And Renewed Motion For Order To Release Funds From Court Registry* (Salter, John) (Entered: 08/25/2014) |
| 08/27/2014 | 🔒 | 267 | TRANSCRIPT OF PROCEEDINGS held on 08/18/2014 before the Honorable Virginia M. Kendall. Court Reporter Contact Information: Gayle A. McGuigan, CSR, RMR, CRR, (312) 435-6047, Gayle_McGuigan@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/17/2014. Redacted Transcript Deadline set for 9/29/2014. Release of Transcript Restriction set for 11/25/2014. (McGuigan, Gale) (Entered: 08/27/2014) |
| 08/27/2014 |  | 268 | MINUTE entry before the Honorable Virginia M. Kendall:Notice of motion set for 8/28/2014 is stricken as not timely filed.Mailed notice (tsa, ) (Entered: 08/27/2014) |
| 08/27/2014 |  | 269 | ATTORNEY Appearance for Intervenor Parties Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug by Rana H Janney (Janney, Rana) (Entered: 08/27/2014) |
|  |  |  |  |

| | | |
|---|---|---|
| 08/27/2014 | 270 | MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to amend/correct *And Unopposed Motion For Leave To File Brief In Excess Of 15 Pages* (Salter, John) (Entered: 08/27/2014) |
| 08/27/2014 | 271 | NOTICE of Motion by John F. Salter for presentment of motion to amend/correct 270 before Honorable Virginia M. Kendall on 9/3/2014 at 09:00 AM. (Salter, John) (Entered: 08/27/2014) |
| 08/27/2014 | 272 | RESPONSE by Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to amend/correct *And Unopposed Motion For Leave To File Brief In Excess Of 15 Pages* 270 (Tolchin, Robert) (Entered: 08/27/2014) |
| 09/02/2014 | 273 | MINUTE entry before the Honorable Virginia M. Kendall: MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to amend/correct *And Unopposed Motion For Leave To File Brief In Excess Of 15 Pages* 270 is granted. Motion hearing set for 9/3/2014 on this motion is hereby stricken. Mailed notice (tsa, ) (Entered: 09/02/2014) |
| 09/02/2014 | 274 | STATEMENT by Craig Baker, Jerry Baker, Lois Baker, Patrick Scott Baker, Stacie Baker, Katharine D Doris, Patricia A Henry, Michelle Y Holbrook, Eugene Nink, Gloria Nink, Mary Nink, Rylma Nink, Paul G Peterson, Valerie Peterson, Jackie Nink Pflug, Scott Pflug *Concerning Relief from the U.S. Supreme Court* (Janney, Rana) (Entered: 09/02/2014) |
| 09/02/2014 | 275 | MOTION by Claimants Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles for leave to file excess pages *; leave is respectfully requested to file a brief of 39 substantive pages (exclusive of Table of Contents, Table of Authorities, and signature page) in opposition to the Gates Plaintiffs' Motion to Strike the Wyatt Plaintiffs' Opposition filed herein, which filing by the Gates Plaintiffs included a 35 page memorandum of law and a second 35 page memorandum of law attached as an exhibit (DE 264-1, 264-7)* (Attachments: # 1 Exhibit 1 - Email exchange regarding consent, vel non, to Wyatt Plaintiffs filing excess pages, # 2 Exhibit 2 - Proposed brief of 39 substantive pages, # 3 Exhibit A - Brief filed by Gates Plaintiffs in SDNY attacking validity of the Baker judgment, # 4 Exhibit B - Transcript of 8-18-14 status conference, # 5 Exhibit C - 8-30-14 email asking Gates Plaintiffs' counsel whether they accept service in 14-cv-6161, # 6 Exhibit D - "Emergency Motion" filed by Gates Plaintiffs in DC District asking court to dispense with need to comply with 28 USC 1608(e), # 7 Exhibit E - Brief filed by Wyatt Plaintiffs in DC Circuit, # 8 Exhibit F - Notice from DHL received by Gates Plaintiffs that package was undeliverable due to insufficient address, # 9 Exhibit G - Notice from DHL received by Gates Plaintiffs that package was not delivered, # 10 Exhibit H - Judgment of this court obtained by Gates Plaintiffs (DE 238 on this docket), # 11 Exhibit I - 8- |

| | | 25-14 email asking Gates Plaintiffs to withdraw Rule 11 motion filed in violation of procedures contained in Rule 11(c)(2))(Tolchin, Robert) (Entered: 09/02/2014) |
|---|---|---|
| 09/02/2014 | 276 | NOTICE of Motion by Robert Joseph Tolchin for presentment of motion for leave to file excess pages,,,,,,, 275 before Honorable Virginia M. Kendall on 9/8/2014 at 09:00 AM. (Tolchin, Robert) (Entered: 09/02/2014) |
| 09/03/2014 | 277 | MEMORANDUM *Of Law In Support Of Motion To Strike Wyatts Opposition Brief (11-Cv-08715 De # 261) And Renewed Motion For Order To Release Funds From Court Registry* 266 (Attachments: # 1 Exhibit 1: 1.August 11.2014 Email, # 2 Exhibit 2.2.August 13.2014 Email Chain, # 3 Exhibit 3.3.Hi-Lex Controls, Inc. v. BCBS, # 4 Exhibit 4.Rule 11 Notice,Motion,Memo, # 5 Exhibit 5.Motion & Subpoena, # 6 Exhibit 6.DE#43, # 7 Exhibit 7.DE#44, # 8 Exhibit 8.DE#47, # 9 Exhibit 9.DE#48, # 10 Exhibit 10.DE#51, # 11 Exhibit 11. DE#52, # 12 Exhibit 12.DE#55, # 13 Exhibit 13.DE#58, # 14 Exhibit 14.DE#60, # 15 Exhibit 15.DE#63, # 16 Exhibit 16.DE#66, # 17 Exhibit 17.DE#91, # 18 Exhibit 18.DE#92, # 19 Exhibit 19. Harrison v. Republic of Sudan, # 20 Exhibit 20.Peterson v. Islamic, # 21 Exhibit 21.Wye Oak v. Republic of Iraq, # 22 Exhibit 22.Martin v. El Centro, # 23 Exhibit 23.Metavante v. Emigrant, # 24 Exhibit 24.Shuffle Tech v. Wolff, # 25 Exhibit 25.Rubin v. Islamic Republic) (Salter, John) (Entered: 09/03/2014) |
| 09/03/2014 | 278 | NOTICE of Motion by Robert Joseph Tolchin for presentment of motion for leave to file excess pages,,,,,,, 275 before Honorable Virginia M. Kendall on 9/8/2014 at 09:00 AM. (Tolchin, Robert) (Entered: 09/03/2014) |
| 09/03/2014 | 279 | REPLY by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to motion to strike 266 , memorandum in support of motion,,,, 277 *Wyatts Opposition Brief (11-Cv-08715 De # 261) And Renewed Motion For Order To Release Funds From Court Registry* (Attachments: # 1 Exhibit 1. Letters of Authority For Personal Representative, # 2 Exhibit 2. Rubin v. Islamic Republic)(Salter, John) (Entered: 09/03/2014) |
| 09/03/2014 | 280 | MOTION by Claimants Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles to strike reply, 279 *as unauthorized; at 8-18-14 status conference Court stated "I'm just taking the first round of briefing without replies." (Ex. A, Tr. 8-18-14, p. 25)* (Attachments: # 1 Errata A - Transcript of 8-18-14 status conference)(Tolchin, Robert) (Entered: 09/03/2014) |
| 09/03/2014 | 281 | NOTICE of Motion by Robert Joseph Tolchin for presentment of motion to strike,, motion for relief, 280 before Honorable Virginia M. Kendall on 9/9/2014 at 09:00 AM. (Tolchin, Robert) (Entered: 09/03/2014) |

| 09/08/2014 | | 282 | MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 9/8/2014. Claimants motion for leave to file excess pages 275 is granted. Claimants are given until 9/15/2014 to file a brief no longer than five (5) pages. Claimants oral motion for leave to file a corrected response is granted. Motion to strike 280 is denied in light of the Court giving leave to file a five (5) page corrected responses.Mailed notice (tsa, ) (Entered: 09/08/2014) |
|---|---|---|---|
| 09/08/2014 | | 283 | RESPONSE by Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schellesin Opposition to MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to strike *Wyatts Opposition Brief (11-Cv-08715,De # 261) And Renewed Motion For Order To Release Funds From Court Registry 266 CORRECTED* (Attachments: # 1 Exhibit A - Gates Plaintiffs' Motion in SDNY to vacate Baker judgment, # 2 Exhibit B - Transcript of 8-18-14 status conference, # 3 Exhibit C - 8-30-14 email asking Gates Plaintiffs' counsel to confirm that they accept service, # 4 Exhibit D - Gates "Emergency Motion" under 1610(c), DC DE 91, # 5 Exhibit E - Wyatt Plaintiffs brief filed in DC Circuit, # 6 Exhibit F - DHL Document returning Gates Plaintiffs' first attempt at serving the judgment on Syria for insufficient address, Gates DC DE 46, # 7 Exhibit G - DHL Document indicating that delivery of Gates Plaintiffs' second attempt at serving Syria, Gates DC DE 91-1, # 8 Exhibit H - Judgment entered in this action, DE 238, # 9 Exhibit I - 8-25-14 email from Wyatt Plaintiffs' counsel to Gates Plaintiffs' counsel re Rule 11 motion)(Tolchin, Robert) (Entered: 09/08/2014) |
| 09/12/2014 | 🔒 | 284 | TRANSCRIPT OF PROCEEDINGS held on 09/08/2014 before the Honorable Virginia M. Kendall. Court Reporter Contact Information: Gayle A. McGuigan, CSR, RMR, CRR, (312) 435-6047, Gayle_McGuigan@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/3/2014. Redacted Transcript Deadline set for 10/13/2014. Release of Transcript Restriction set for 12/11/2014. (McGuigan, Gale) (Entered: 09/12/2014) |
| 09/15/2014 | | 285 | SUR-REPLY by Claimants Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles to reply, 279 , motion to strike 266 , response in opposition to motion,,,,, 283 (Attachments: # 1 Exhibit A - Timeline of Gates / Baker race, # 2 Exhibit B - Email chain 9/11/14 - 9/12/14)(Tolchin, Robert) (Entered: |

| | | 09/15/2014) |
|---|---|---|
| 09/15/2014 | 286 | MINUTE entry before the Honorable Virginia M. Kendall: MOTION by Respondent JPMorgan Chase Bank, N.A. to clarify *Minute Entry Filed October 2, 2013* 217 is dismissed as moot. MOTION by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith *To Correct Typographical Errors Appearing In Memorandum Opinion And Orders Entered On November 13, 2013* 225 is granted as unopposed.Mailed notice (tsa, ) (Entered: 09/16/2014) |
| 10/22/2014 | 287 | Enter MEMORANDUM, OPINION AND ORDER: For the reasons stated herein, grants the Gates Plaintiffs motion to release funds and dismisses the Wyatt Plaintiffs complaint in 14 C 6161 with prejudice. Signed by the Honorable Virginia M. Kendall on 10/22/2014.Mailed notice(tsa, ) (Entered: 10/22/2014) |
| 10/22/2014 | 288 | RESPONSE by Plaintiffs Francis Gates, Pati Hensely, Sara Hensley, Jan Smith to order on motion for release of funds, memorandum opinion and order,, 287 (Attachments: # 1 Text of Proposed Order Proposed Order)(Salter, John) (Entered: 10/22/2014) |
| 10/22/2014 | 289 | Notice of Intent by Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles (Tolchin, Robert) (Entered: 10/22/2014) |
| 10/22/2014 | 290 | NOTICE of appeal by Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles regarding orders 287 Filing fee $ 505, receipt number 0752-9983801. (Tolchin, Robert) (Entered: 10/22/2014) |
| 10/22/2014 | 291 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 290 . (meg, ) (Entered: 10/22/2014) |
| 10/22/2014 | 292 | Notice of Divestment of Jurisdiction by Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles (Tolchin, Robert) (Entered: 10/22/2014) |
| 10/22/2014 | 293 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 290 . Notified counsel. (meg, ) (Entered: 10/22/2014) |
| 10/23/2014 | 294 | AMENDED notice of appeal by Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles regarding orders 287 ; (Tolchin, Robert) (Entered: 10/23/2014) |
| 10/23/2014 | 295 | MOTION by Claimants Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles to stay *release of the funds at issue in this proceeding*, MOTION by Claimants Barry Key, Bradley Key, Gina Wilson, Marty Wilson, Marvin Wilson, |

| | | |
|---|---|---|
| | | Renetta T Wilson, Kimi Wilson Johns, Daniel Wyatt, Mary Wyatt, Wyatt Schelles, Michelle Wyatt Schelles for a) immediate preliminary stay until disposition of any similar motion to stay in the Seventh Circuit and b) stating that the funds in the Courts registry can be used in lieu of the supersedeas bond or, alternatively, waiving the supersedeas bond requirement (Tolchin, Robert) (Entered: 10/23/2014) |
| 10/23/2014 | 296 | NOTICE of Motion by Robert Joseph Tolchin for presentment of motion to stay, motion for miscellaneous relief,,,, 295 before Honorable Virginia M. Kendall on 10/29/2014 at 09:00 AM. (Tolchin, Robert) (Entered: 10/23/2014) |
| 10/23/2014 | 297 | NOTICE of Appeal Due letter sent to counsel of record regarding amended notice of appeal 294 . (gcy, ) (Entered: 10/23/2014) |